**R. GIBSON PAGTER, JR.**
California State Bar No. 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: gibson@pagterandmiller.com

Attorneys for
CARL H. REINHART
Debtor and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Case No. 8:09-bk-16774 TA |
| | ) |
| | ) Chapter 11 |
| | ) |
| CARL H. REINHART, | ) AMENDMENT TO SCHEDULE D AND |
| | ) AMENDMENT TO SCHEDULE F |
| | ) |
| | ) |
| Debtor and | ) [NO HEARING REQUIRED] |
| Debtor-in-Possession. | ) |
| | ) |
| | ) |
| | ) |

Carl Reinhart, Debtor and Debtor-in-Possession ("DEBTOR") in the above-referenced case, hereby makes the following amendments to his Schedule D to correct inadvertent errors and to describe liens which are cross-collateralized:

///

///

///

///

///

-1-

Amendment to Schedules

SCHEDULE D

| Creditor | Date/Nature of Lien | Amount of Claim |
|---|---|---|
| R H Meine Trust<br>Attn RH Meine, Trustee<br>P O Box 155<br>Palos Verdes Peninsula, CA 90274 | Single Family Residence 19312 Fisher Lane Santa Ana, Ca 92705 Debtor owns 51% of property and the remaining 49% is owned by a family friend. The total encumbrances on the property are 1) Wells Fargo $302,000 (secured o 100% of the property); ;2) Franklin Credit $62,000; (secured on 100% on the property) 3) RH Meine Trust $100,000 (secured on 100% of the property); 4) RH Mein Trust $93,000 (secured on Debtor's 51% of the property; 5) George & Ellen Minichiello $50,000 (secured on Debtor's 51% of the property.) | $193,000 |
| Commercial Bank of California<br>Attn Ron del Toro VP<br>695 Town Center Dr #100<br>Costa Mesa, CA 92626 | 2nd trust deed  Single Family Residence<br>1411 Ladd Canyon Road<br>Silverado, CA 92646 | $1,600,000 |
| West Coast Plumbing<br>Attn Managing Agent<br>7 Pemberly<br>Mission Viejo, CA 92692 | Mechanics Lien 2008/2009<br>14311 Ladd Canyon Road<br>Silverado, CA 92646 | $15,000 |

[This lien was incorrectly listed as secured on 19312 Fisher Lane, Santa Ana, CA]

| Creditor | Date/Nature of Lien | Amount of Claim |
|---|---|---|
| Bob D Heinrich<br>3616 South Norwich Place<br>Rowland Heights, CA 91748 | Secured on 28106-28162 Silverado Canyon and 28192-28222 Silverado Canyon. Deeds of trust given to secure personal guaranty of line of credit owed by DBRC; available limit is $350,000; loan is cross-collateralized on both properties | $175,000 |
| The Koll Trust<br>Attn Managing Agent<br>2583 W Loma Vista Dr<br>Rialto, CA 92377 | Secured on 28106-28162 Silverado Canyon and 28192-28222 Silverado Canyon; the loan of $1,000,000 is cross-collateralized on both properties | $1,000,000 |

///

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

-2-

Amendment to Schedules

| | | |
|---|---|---|
| First Franklin Mortgage Services<br>Attn Managing Agent<br>P O Box 1838<br>Pittsburgh, PA 15230 | 1st Trust Deed<br>28106-28162 Silverado Canyon Dr., Silverado, CA | $463,000<br>[amount corrected] |

## SCHEDULE F

| | | |
|---|---|---|
| Walters Wholesale Electric<br>Attn Managing Agent<br>1451-A Lincoln Blvd.<br>Santa Monica, CA 90401 | Business debt | $1,200<br>[amount corrected] |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2009 at Santa Ana, California.

_____
CARL REINHART

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Amendment to Schedules

-3-

| In re:<br>CARL H. REINHART | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-16774 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**525 N. CABRILLO PARK DRIVE, SUITE 104, SANTA ANA, CA 92701**

A true and correct copy of the foregoing document **AMENDMENT TO SCHEDULE D AND AMENDMENT TO SCHEDULE F** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 5, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Nancy S Goldenberg:** nancy.goldenberg@usdoj.gov
- **United States Trustee (SA):** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **October 5, 2009** served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 5, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Hon. Theodor Albert – Courtesy Copy – (Via Personal Delivery by O.C. Corporate Courier)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 5, 2009 | Imelda Bynog | /s/ IMELDA BYNOG |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                  F 9013-3.1

| In re: <br> CARL H. REINHART | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:09-bk-16774 TA |

## ALL SERVED VIA U.S. MAIL

Bob D Heinrich
3616 South Norwich Place
Rowland Heights, CA 91748

Commercial Bank of California
Attn Ron del Toro, VP
695 Town Center Drive #100
Costa Mesa, CA 92626

First Franklin Loan Services
Attn Managing Agent
P O Box 1838
Pittsburgh, PA 15230

R H Meine Trust
Attn R H Meine, Trustee
P O Box 155
Palos Verdes Peninsula, CA 90274

The Koll Trust
Attn Managing Agent
2583 W Loma Vista Drive
Rialto, CA 92377

Walters Wholesale Electric
Attn Managing Agent
1451-A Lincoln Blvd.
Santa Monica, CA 90401

West Coast Plumbing
Attn Managing Agent
7 Pemberly
Mission Viejo, CA 92692

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                F 9013-3.1