**FILED** MAR - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**ENTERED** MAR 10 2010
MAR 10 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

LODGED FEB 19 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

R. GIBSON PAGTER JR
California State Bar No. 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: gibson@pagterandmiller.com

Attorneys for Debtor and Debtor in Possession

# IN THE UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

CARL H. REINHART,

Debtor and
Debtor-in-Possession.

Case No. 8:09-bk-16774 TA

Chapter 11

ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM OR INTEREST

Hearing Date: October 21, 2009
Time: 10:00 a.m.
Courtroom: 5-B

As stated on the record in open court at the hearing on the Case Status Conference herein on October 21, 2009, and good cause appearing,

**IT IS HEREBY ORDERED** that the date that is 60 calendar days after the date the attached form of NOTICE is served is fixed as the last date to file proofs of claim or interest in this case by any creditor or equity holder whose claim is <u>not</u> scheduled by the Debtor, or whose claim is scheduled for an amount different than is claimed to be owed by the Debtor, or whose claim is scheduled as unknown, disputed, contingent or unliquidated.

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

O-Claims-bar

1  The form of Notice attached hereto as Exhibit "A" shall be mailed to all creditors, 2 confirming the above filing date established by the Court, and a proof of service thereof 3 thereafter filed with this Court.

###

DATE: MAR - 9 2010

HON. THEODOR ALBERT
United States Bankruptcy Judge

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

O-Claims-bar

# EXHIBIT A

**R. GIBSON PAGTER, JR.**
California State Bar No. 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: gibson@pagterandmiller.com

Attorneys for Carl H. Reinhart,
Debtor and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

CARL H. REINHART,

Debtor and
Debtor-in-Possession.

) Case No. 8:09-bk-16774 TA
)
) Chapter 11
)
) NOTICE TO CREDITORS OF LAST DATE
) TO FILE PROOFS OF CLAIM
)
) [No Hearing Required]

## NOTICE OF CLAIMS DEADLINE

The United States Bankruptcy Court for the Central District of California has set a deadline of the date that is 60 calendar days after the date this NOTICE is served for creditors and holders of ownership interests in the above-referenced Debtor to file claims against or proofs of interest in the Debtor's estate.

The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of governmental units; (3) claims arising as the result of transfer avoidance pursuant to Chapter 5 of the Bankruptcy Code; and (d) Excused Claims, defined below.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. Section 365, the last day to file a proof of claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) the date that is 60 calendar days after the date this NOTICE is served, whichever is later.

For claims of governmental units, as that term is defined in 11 U.S.C. Section 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) by the date that is 60 calendar days after the date this NOTICE is served whichever is later. 11 U.S.C. Section 502(b)(9).

n-claims-bar date

-1-

EXHIBIT A

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is 30 days after the entry of judgment avoiding the transfer, or (b) the date that is 60 calendar days after the date this NOTICE is served, whichever is later.

## EXCUSED CLAIMS

If you are listed on the Schedules of Assets and Liabilities of Carl H. Reinhart., *and* your claim or interest is not scheduled as disputed, contingent, unliquidated, or unknown, your claim or interest is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock etc.) is correct. 11 U.S.C. Section 1111(a).

If your claim or interest is not listed on the schedules *or* is scheduled as disputed, contingent, unliquidated or unknown, *or* you disagree with the amount or description scheduled for your claim or interest, you must file a proof of claim or interest.

**Failure of a creditor or interest holder to timely file a proof of claim or interest on or before the deadline may result in disallowance of the claim or interest or subordination under the terms of a plan of reorganization without further notice or hearing, 11 U.S.C. Section 502(b)(9). Creditors and interest holders may wish to consult an attorney to protect their rights.**

Dated:                                                    PAGTER AND MILLER

                                                    By: _____
                                                         R. GIBSON PAGTER, JR.
                                                         Attorneys for CARL H. REINHART

n-claims-bar date

-2-

EXHIBIT A
PAGE 2 OF 2

| In re: CARL H. REINHART, | CHAPTER: 11 |
|---|---|
| Debtor(s) | CASE NUMBER: 8:09-bk-16774 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA 92701**

A true and correct copy of the foregoing document **ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM OR INTEREST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 19, 2010** served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Office of the U.S. Trustee – 411 W. Fourth Street, Suite 9041, Santa Ana, CA 92701 (Via U.S. Mail)**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 19, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Hon. Theodor Albert – Courtesy Copy (Via Personal Delivery by O.C. Corporate Courier)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 19, 2010 | IMELDA BYNOG | /s/ Imelda Bynog |
|---|---|---|
| Date | Type Name | Signature |

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701

3

| In re: CARL H. REINHART, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:09-bk-16774 TA |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM OR INTEREST** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 19, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **United States Trustee (SA):** ustpregion16.sa.ecf@usdoj.gov
- **Nancy S Goldenberg:** nancy.goldenberg@usdoj.gov
- **R. Gibson Pagter, Jr.:** gibson@pagterandmiller.com; pandm@pagterandmiller.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Carl Heinz Reinhart
P O Box 4476
Irvine, CA 92616

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701

4