**R. GIBSON PAGTER, JR.**
California State Bar No. 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile:  (714) 541-6897
Email: gibson@pagterandmiller.com

Attorneys for Carl H. Reinhart,
Debtor and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>CARL H. REINHART,<br><br><br><br><br><br><br><br>Debtor and<br>Debtor-in-Possession. | ) Case No. 8:09-bk-16774-TA<br>)<br>) Chapter 11<br>)<br>) PROOF OF SERVICE RE: 1) NOTICE TO<br>) CREDITORS OF LAST DATE TO FILE<br>) PROOFS OF CLAIM 2) NOTICE OF MOTION<br>) AND MOTION FOR ORDER APPROVING<br>) DEBTOR'S ORIGINAL DISCLOSURE<br>) STATEMENT; MEMORANDUM OF POINTS<br>) AND AUTHORITIES AND DECLARATIONS<br>) OF CARL H. REINHART AND R. GIBSON<br>) PAGTER, JR. IN SUPPORT THEREOF<br>)<br>) <u>Disclosure Statement Hearing</u><br>) Date:  May 5, 2010<br>) Time:  10:00 a.m.<br>) Ctrm:  5B<br>)         411 W. 4th St<br>)         Santa Ana, CA  92701<br>) |
|---|---|

///
///
///
///
///
///

-1-

POS-n-claims-bar date & M-approve disc stmt

| In re: CARL H. REINHART, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-16774 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA 92701**

A true and correct copy of the foregoing document **1) NOTICE TO CREDITORS OF LAST DATE TO FILE PROOFS OF CLAIM 2) NOTICE OF MOTION AND MOTION FOR ORDER APPROVING DEBTOR'S ORIGINAL DISCLOSURE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF CARL H. REINHART AND R. GIBSON PAGTER, JR. IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 23, 2010** served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 23, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Hon. Theodor Albert – Courtesy Copy – 411 W. Fourth Street, Santa Ana, CA 92701
(Via Personal Delivery by O.C. Corporate Courier)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 23, 2010** | **IMELDA BYNOG** | **/s/ Imelda Bynog** |
|---|---|---|
| Date | Type Name | Signature |

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

-2-

POS-n-claims-bar date & M-approve disc stmt

| In re: CARL H. REINHART, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-16774 TA |

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Evan C Borges:** eborges@irell.com, bblythe@irell.com
- **Nancy S Goldenberg:** nancy.goldenberg@usdoj.gov
- **Christopher M McDermott:** ecfcacb@piteduncan.com
- **John D Schlotter:** bkmail@mrdefault.com
- **Patrick T Sullivan:** patricksullivan@lambertrogers.com
- **David A Tilem:** davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;marcycarman@tilemlaw.com;ldiaz@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- **United States Trustee (SA):** ustpregion16.sa.ecf@usdoj.gov

## ALL THE ATTACHED SERVED VIA U.S. MAIL

Pagter and Miller
525 N Cabrillo Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

-3-

POS-n-claims-bar date & M-approve disc stmt

Agricredit Acceptance LLC
Attn Managing Agent
P O Box 2000
Johnston, IA 50131

Alan Short, P.E.
25911 Pinewood Lane
Laguna Hills, CA 92653

American Express
Attn Managing Agent
P O Box 981535
El Paso, TX 79998

Best Value Roofing
Attn Managing Agent
2230 W Chapman Ave #237
Orange, CA 92868

Bob D Heinrich
3616 South Norwich Place
Rowland Heights, CA 91748

Canyon Market
Attn Managing Agent
28192-28222 Silverado Canyon R.
Silverado, CA 92676

Capital One
Attn Managing Agent
P O Box 30285
Salt Lake City, UT 84130

Capital One
Attn Managing Agent
P O Box 30273
Salt Lake City, UT 84130

CCRC Farms, LLC
Attn Managing Agent
222 Via Marnell Way
Las Vegas, NV 89119

CCRC Frams, LLC
c/o Evan C. Borges, Esq.
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660

Chase
Attn Managing Agent
P O Box 15298
Wilmington, DE 19850

Citi Bank
Attn Managing Agent
P O Box 6000
The Lakes, NV 89163

City of Newport Beach
Attn Managing Agent
3300 Newport Blvd.
Newport Beach, CA 92663

Commercial Bank of California
Attn Ron del Toro, VP
695 Town Center Drive #100
Costa Mesa, CA 92626

Eoin L Kreditor, Esq.
Friedman Stroffe & Gerard PC
19800 MacArthur Blvd #1100
Irvine, CA 92612

First Franklin Loan Services
Attn Managing Agent
P O Box 1838
Pittsburgh, PA 15230

Franchise Tax Board
Special Procedures Branch
PO Box 2952
Sacramento, CA 95812-2952

Franklin Credit Mgmt Group
Attn Managing Agent
101 Hudson st 25th Fl
Jersey City, NJ 07302

Franklin Credit Mgmt Group
Bankruptcy Department
PO Box 2301
Jersey City, NJ 07303

Ganahl Lumber
Attn Managing Agent
P O Box 31
Anaheim, CA 92815

George & Ellen Minichiello
8161 Bryant Dr
Huntington Beach, CA 92647

George Helland
2626 29th St
San Diego, CA 92104

George Helland, Robin Reinhart
2626 29th St
San Diego, CA 92104

HFC
Attn Managing Agent
P O Box 3425
Buffalo, NY 14240

~~Home Depot Credit Services (HSBC)~~
~~Attn Managing Agent~~
~~P O Box 689100~~
~~Grundy Center, IA 50638~~
**10/16/09 – Mail Returned as Undeliverable**

HSBC
Attn Managing Agent
P O Box 80026
Salinas, CA 93912

HSBC
Attn Managing Agent
P O Box 81622
Salinas, CA 93912

HSBC
Attn Managing Agent
P O Box 80026
Salinas, CA 93912

~~HSBC~~
~~Attn Managing Agent~~
~~P O Box 80082~~
~~Salinas, CA 93912~~
**8/4/09 – Mail Returned as Undeliverable**

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Insolvency Group 1 Mailstop 5501
24000 Avila Road
Laguna Niguel, CA 92677

Juniper Card Service
Attn Managing Agent
P O Box 13337
Philadelphia, PA 19101

Kathy Shade
18247 El Nido Ave
Perris, CA 92570

Main Street Santa Ana LLC
Attn William Takaheshi, Jr., Mgr
1030 Andrews Highway #208
Midland, TX 79701

Main Street Santa Ana LLC
Attn Managing Agent
1030 Andrews Highway #209
Midland, TX 79701

Marguerite Reinhart
18800 Florida St #333
Huntington Beach, CA 92648

Michael A. Lanphere, Esq.
Lanphere Law Group
400 N Tustin Ave Ste 225
Santa Ana, CA 92705

Michael Britt
28435 Zurita
Mission Viejo, CA 92692

National Construction Rentals
Attn Managing Agent
P O Box 4503
Pacoima, CA 91333

NCO Financial Systems Inc
Attn Managing Agent
507 Prudential Road
Horsham, PA 19044

Orange County Tax Collector
PO Box 1438
Santa Ana, CA 92702

R H Meine Trust
Attn R H Meine, Trustee
P O Box 155
Palos Verdes Peninsula, CA 90274

~~R H Meine Trust~~
~~Attn R H Meine, Trustee~~
~~P O Box 155~~
~~Irvine, CA 92623~~
**9/21/09 – Mail Returned as Undeliverable**

The Koll Trust
Attn Managing Agent
2583 W Loma Vista Drive
Rialto, CA 92377

~~Union Bank of California~~
~~Attn Managing Agent~~
~~Willcox, AZ 85643~~
**9/14/09 – Mail Returned as Undeliverable**

Union Bank of California
Attn Managing Agent
P O Box 85643
San Diego, CA 92186

W. B. Contento
P O Box 6397
Santa Ana, CA 92701

Walters Wholesale Electric
Attn Managing Agent
1451-A Lincoln Blvd.
Santa Monica, CA 90401

Wells Fargo Bank
Attn Managing Agent
P O Box 10347
Des Moines, IA 50306

Wells Fargo Home Mortgage
Attn Managing Agent
P O Box 14411
Des Moines, IA 50306

West Coast Plumbing
Attn Managing Agent
7 Pemberly
Mission Viejo, CA 92692

Yocom-Baldwin Development
Attn Managing Agent
3299 Horseless Carriage Dr
Norco, CA 92860

Gladych & Associates, Inc.
Attn Managing Agent
1400 Bristol Street North #270
Newport Beach, CA 92660

Lincoln Wholesale Electric
Attn Managing Agent
1451-A Lincoln Blvd
Santa Monica, CA 90401

Orkin Pest Control
Attn Managing Agent
12710 Magnolia Ave
Riverside, CA 92503

Waste Management
Attn Managing Agent
1800 S Grand Ave
Santa Ana, CA 92705

Wells Fargo Bank, N.A.
Attn Managing Agent
MAC S4101-08C
100 W Washington St
Phoenix, AZ 85003

Wells Fargo Bank, N.A.
Attn Managing Agent
PO Box 9210
Des Miones, IA 50306

Household Receivable Acquisition Corp
HSBC Bank USA NA
Attn Managing Agent
POB 5213
Carol Stream, IL 60197

Bright Prospects
HSBC Bank USA NA
Attn Managing Agent
POB 5213
Carol Stream, IL 60197

HSBC Bank USA NA
Attn Managing Agent
POB 5213
Carol Stream, IL 60197

Union Bank NA
Attn Managing Agent
PO Box 85543 LRU-M711
San Diego, CA 92186-5443

Capital One Bank (USA) N.A.
Attn Tsys Debt Management
PO Box 5155
Norcross, GA 30091

Chase Bank USA, N.A.
Attn Managing Agent
PO Box 15145
Wilmington, DE 19850-5145

American Express Centurion Bank
Attn Managing Agent
PO Box 3001
Malvern, PA 19355-0701

PRA Receivables Management LLC
c/o Capital One
PO Box 41067
Norfolk, VA 23541

HFC
Attn Managing Agent
PO Box 10490
Virginia Beach, VA 23450

The Koll Trust
c/o Law Offices of David A. Tilem
206 N Jackson Street, Ste 201
Glendale, CA 91206

National Construction Rentals Inc
Earle H Cohen Esq
Carlson & Cohen LLP
16133 Ventura Blvd Ste 1175
Encino, CA 91436

National City Bank
c/o Home Loan Services Inc
4375 Jutland Drive, Ste 200
PO Box 17933
San Diego, CA 92177-0933

The Huntington National Bank,
As Trustee for Frank
c/o Franklin Credit Management Corp
PO Box 620444
Indianapolis, IN 46262-0444

Creditors Adjustment Bureau, Inc
Assignee of Walters Wholesale Electric
Attn Managing Agent
PO Box 5932
Sherman Oaks, CA 91413

Wells Fargo Bank, NA
Bankruptcy Department
3476 Stateview Blvd
X7801-014
Ft Mill, SC 29715

Stephen F Lambert
359 W Madison Ave Ste 100
El Cajon, CA 92020

**REQUEST FOR SPECIAL NOTICE**

Attorney for National Construction Rentals, Inc.
Earle H. Cohen, Esq.
Carlson & Cohen, LLP
16133 Ventura Boulevard, Suite 1175
Encino, CA  91436-2415

Attorneys for The Huntington Nat'l Bank
The Huntington National Bank, as
Trustee for Franklin
Mortgage Asset Trust 2009-A, by
Franklin Credit Management
Corporation as Servicing Agent
c/o Franklin Credit Management
Corporation
PO BOX 2301
Jersey City, NJ 07303-2301

<u>Attorney for Yocom-Baldwin</u>
Charles J. Hunt, Jr. J.D., M.B.A., LL.M.
Professor of Business Law
Graziadio School of Business &
Management
Pepperdine University
Irvine Graduate Campus
18111 Von Karman Ave., Suite 209
Irvine, CA  92612

<u>Attorney for Martin Vellandi – Plumbing Customs</u>
Hallie D. Hannah
Law Office of Mitchell B. Hannah
9900 Research Drive
Irvine, CA  92618-4309