RECORDING REQUESTED BY

Grantee

WHEN RECORDED MAIL TO

Name

Address

City & State

ESCROW NO. 079353-ER

TITLE ORDER NO. 910076616-X59

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

0803

# QUITCLAIM DEED

The undersigned grantor(s) declare(s):
Documentary transfer tax is $_____

Parcel No. 5593-005-043

☐ computed on the full value of property conveyed, or

☐ computed on the full value less the value of liens and encumbrances remaining theron at the time of sale.

☐ Unincorporated area:   ☐ City of Los Angeles

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

David A. Tilem dba The Law Offices of David A. Tilem

hereby REMISE(S), RELEASE(S), AND FOREVER QUITCLAIM(S) to

San Fernando Capital, LLC

the following described real property in the City of Los Angeles

County of Los Angeles                , State of California:

PARCEL "B" OF PARCEL MAP L.A. NO. 2003-8266, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 357, PAGES 79 AND 80 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
(This document is intended to release any lien or interest in the property acquired by David A. Tilem or The Law Offices of David A. Tilem pursuant to that item recorded on February 03, 2010 as Instrument No. 2010-157744.)

Date  April  , 2010

David A. Tilem

State of California
County of Los Angeles

On _____, before me, _____ a Notary Public in and for said County and State, personally appeared                David A. Tilem                ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____