R. GIBSON PAGTER JR
California State Bar No. 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: gibson@pagterandmiller.com

Attorneys for Debtor and Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>CARL HEINZ REINHART,<br><br><br><br><br><br><br><br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:09-bk-16774 TA<br><br>Chapter 11<br><br>DECLARATION OF MATT MARSCHALL IN OPPOSITION TO MOTION BY COMMERCIAL BANK OF CALIFORNIA FOR ORDER DETERMINING VALUE OF REAL PROPERTY<br><br>Hearing<br>DATE:   11/3/2010<br>TIME:   1030 a.m.<br>PLACE: Courtroom 5B, 5th Floor<br>            411 W. Fourth Street<br>            Santa Ana, CA 92701 |

I, D. Matt Marschall, declare that I am over the age of 18 years. The facts contained herein are true and correct and of my personal knowledge.

1.  I am now and have been a California certified general real estate appraiser for over 22 years, and hold OREA license No. AG0004164, and presently work at Cushman & Wakefield of San Diego, Inc. Attached hereto as Exhibit "A" is a true and correct copy of my resume.

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-m-V-CCD-MATT                    1

2. I have conducted an appraisal of the property located at 14311 Ladd Canyon Road, Silverado, Orange County, CA 92676 ("Property"). On October 1, 2010 I completed a written appraisal report of the Property, 91.68 acres of rural land that currently is one legal parcel and upon which part of which a partly-completed single family residence has been built. Attached hereto as Exhibit "B" is a true and correct copy of my written appraisal report, which values the Property, as of August 3, 2010, at $5,580,000, and which contains the limitations upon and the bases for my valuation opinion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 10/20/10 at San Diego County, California.

_____
D MATT MARSCHALL

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-m-V-CCD-MATT                    2

| In re: CARL H. REINHART, | CHAPTER 11 |
|---|---|
| Debtor and Debtor-in-Possession. | CASE NUMBER 8:09-bk-16774 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA 92701**

A true and correct copy of the foregoing document **DECLARATION OF MATT MARSCHALL IN OPPOSITION TO MOTION BY COMMERCIAL BANK OF CALIFORNIA FOR ORDER DETERMINING VALUE OF REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 8, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Evan C Borges:** eborges@irell.com, bblythe@irell.com
- **Nancy S Goldenberg:** nancy.goldenberg@usdoj.gov
- **Patrick T Sullivan:** patricksullivan@lambertrogers.com
- **David A Tilem:** davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- **United States Trustee (SA):** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 20, 2010** served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 20, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Hon. Theodor Albert – Courtesy Copy – 411 W. Fourth St, Room 5097, Santa Ana, CA 92701
(Via Personal Delivery by O.C. Corporate Courier)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 20, 2010 | IMELDA BYNOG | /s/ *Imelda Bynog* |
|---|---|---|
| Date | Type Name | Signature |

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-m-V-CCD-MATT       3

| In re: CARL H. REINHART, | CHAPTER 11 |
|---|---|
| Debtor and Debtor-in-Possession. | CASE NUMBER 8:09-bk-16774 TA |

**ALL SERVED VIA U.S. MAIL**

<u>Attorney for CA Commercial Bank</u>
Stephen F Lambert
Lambert & Rogers, APLC
359 West Madison Ave, Ste 100
El Cajon CA  92020


Jim T Tice
38 Sorrento
Irvine, CA 92614

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-m-V-CCD-MATT                4