UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CARL HEINZ REINHART<br><br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number: 8:09-bk-16774-TA<br>Operating Report Number: 16<br>For the Month Ending: 10/31/2010 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 171,680.22

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 169,998.76

3. BEGINNING BALANCE: — 2005.07    0.00

4. RECEIPTS DURING CURRENT PERIOD:
   - Accounts Receivable - Post-filing _____
   - Accounts Receivable - Pre-filing _____
   - General Sales — 3,925.04
   - Other (Specify) _____
   - **Other (Specify) INT ON CHECKING ACCT — 0.02

   TOTAL RECEIPTS THIS PERIOD: — 3,925.06    0.00

5. BALANCE: — 5,930.13    0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   - Transfers to Other DIP Accounts (from page 2) — 0.00
   - Disbursements (from page 2) — 5,517.14    0.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** — 5,517.14  0.00

7. ENDING BALANCE: — 412.99    0.00

8. General Account Number(s): — 2578517126
   WELLS FARGO BANK
   Depository Name & Location: — 18356 IRVINE BOULEVARD
   TUSTIN, CA 92780

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS - GENERAL ACCOUNT - CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 10/01/2010 | 1541 | | DATA SUBSCRIPTION SERV. | | 231.10 | 0.00 |
| 10/04/2010 | — | LOOPNET | | | 31.46 | 0.00 |
| 10/04/2010 | 1540 | HEALTH NET | HEALTH INS. PREMIUM | | 1301.70 | 0.00 |
| 10/04/2010 | 1539 | US TRUSTEE | QUARTERLY FEES | | 650.00 | 0.00 |
| 10/04/2010 | 1534 | KAPPAS INS AGENCY | 28106-28162 SCR INS. PRGM | | 200.00 | 0.00 |
| 10/12/2010 | 1543 | HARTFORD | 28162 SCR INS PREMIUM | | 221.44 | 0.00 |
| 10/12/2010 | 1544 | ST FARM | FISHER LN INS PREMIUM | | 124.75 | 0.00 |
| 10/12/2010 | 1548 | AUTO CLUB | ROADSIDE SERVICE REIMBURSMP | | 77.00 | 0.00 |
| 10/12/2010 | 1537 | POSTMASTER | P.O. BOX RENTAL FEE | | 30.00 | 0.00 |
| 10/13/2010 | — | WFB | FEES | | 35.00 | 0.00 |
| 10/13/2010 | — | WFB | FEES | | 35.00 | 0.00 |
| 10/13/2010 | 1545 | SCE | FISHER LN ELECTRICITY | | 122.79 | 0.00 |
| 10/13/2010 | 1550 | SCE | 28192 SCR ELECTRICITY | | 48.30 | 0.00 |
| 10/13/2010 | 1551 | SCE | 28222 SCR ELECTRICITY | | 34.30 | 0.00 |
| 10/14/2010 | — | WFB | FEES | | 35.00 | 0.00 |
| 10/14/2010 | 1546 | SO CALIF GAS | GAS SERVICE-FISHER LN | | 21.22 | 0.00 |
| 10/18/2010 | 1554 | SCE | 2806 SCR ELECTRICITY | | 283.03 | 0.00 |
| 10/18/2010 | 1555 | SCE | 28162 SCR ELECTRICITY | | 267.90 | 0.00 |
| 10/18/2010 | 1553 | SCE | 14311 LCRD ELECTRICITY | | 103.42 | 0.00 |
| 10/18/2010 | 1552 | SCE | 14311 LCRD ELECTRICITY | | 30.46 | 0.00 |
| 10/19/2010 | 1556 | EXTRA SPACE | STORAGE RENTAL | | 148.00 | 0.00 |
| 10/20/2010 | — | C REINHART | LIVING EXPENSES | | | 200.00 |
| 10/20/2010 | 1560 | IRWD | 28222 SCR WATER | | 110.12 | 0.00 |
| 10/20/2010 | 1559 | IRWD | 28222 SCR WATER | | 67.10 | 0.00 |
| 10/20/2010 | 1557 | IRWD | 28162 SCR WATER | | 42.87 | 0.00 |
| 10/21/2010 | | LOOPNET | SUBSCRIPTION DATA SERV. | | 109.95 | 0.00 |
| 10/21/2010 | — | PWF | MLS SUBSCRIPTION SERV. | | 106.25 | 0.00 |
| 10/25/2010 | | C REINHART | LIVING EXP. | | | 10.00 |
| 10/25/2010 | | OCTOLL ROADS | TOLL ROAD CHARGES | | 55.00 | 0.00 |
| 10/26/2010 | 1564 | IRWD | 28222 SCR WATER | | 81.89 | 0.00 |
| 10/26/2010 | 1563 | IRWD | 28222 SCR WATER | | 56.23 | 0.00 |
| 10/28/2010 | 1567 | COX COMMUNICATIONS | COX COMMUNICATIONS | | 248.95 | 0.00 |
| 10/28/2010 | 1565 | CIG | 28192-28222 SCR INS PREM | | 193.00 | 0.00 |
| 10/29/2010 | — | SMART & FINAL | FOOD | | 27.12 | 0.00 |
| 10/29/2010 | — | KELLY PAPER | MARKETING FOR FISHER LN | | 17.23 | 0.00 |
| 10/29/2010 | — | HOME DEPOT | FISHER LN SUPPLIES | | 14.64 | 0.00 |
| 10/29/2010 | — | CVS | LIVING SUPPLIES | | 13.02 | 0.00 |
| 10/29/2010 | 1566 | ST FARM | 2002 WINN. ID INS. | | 126.90 | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 5307.14  0.00 | 210.00  $0.00 |

TOTAL $5517.14

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you

DEBTOR-IN-POSSESSION
BANK RECONCILIATION

Bank statement Date: 10/31/2010        Balance on Statement: 412.99

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 10/31/2010 | 1,000.00 |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    1,000.00    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1561 | 10/18/2010 | 68.57 |
| 1562 | 10/18/2010 | 55.18 |
| 1568 | 10/29/2010 | 90.00 |
| 1569 | 10/31/2010 | 236.10 |
| 1570 | 10/31/2010 | 245.21 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    690.06    0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    309.94    $0.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment          Page 3 of 16

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| CARL HEINZ REINHART | Case Number: 8:09-bk-16774-TA |
|  | Operating Report Number: 16 |
| Debtor(s). | For the Month Ending: 10/31/2010 |

CASH COLLATERAL ACCOUNT FOR PROPERTY AT 28192-28222 SILVERADO CANYON RD, SILVERADO, CA

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          45,898.59

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          1461.46
ACCOUNT REPORTS

3. BEGINNING BALANCE:          44,437.13   0.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing          _____
   Accounts Receivable - Pre-filing          _____
   General Sales          3,599.82
   Other (Specify)          _____
   **Other (Specify)   INT ON CHECKING ACT          1.96

   TOTAL RECEIPTS THIS PERIOD:          3601.78   0.00

5. BALANCE:          48,038.91   0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)          0.00
   Disbursements (from page 2)          1025.04   0.00
   REIMBURSEMENT OF OPERATING EXP. FOR 10/2010

   TOTAL DISBURSEMENTS THIS PERIOD:***          1025.04   0.00

7. ENDING BALANCE:          47,013.87   0.00

8. General Account Number(s):          2578517134
                                        WELS FARGO BANK
   Depository Name & Location:          18356 IRVINE BOULEVARD
                                        TUSTIN, CA 92780

*   All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

3a

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CARL HEINZ REINHART<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 8:09-bk-16774-TA<br>Operating Report Number: 16<br>For the Month Ending: 10/31/2010 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          6003.49

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          6152.49

3. BEGINNING BALANCE:          1.02          0.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing          _____
   Accounts Receivable - Pre-filing          _____
   General Sales          445.00
   Other (Specify)          _____
   **Other (Specify)          _____

   TOTAL RECEIPTS THIS PERIOD:          445.00          0.00

5. BALANCE:          446.02          0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)          0.00
   Disbursements (from page 2)          395.00          0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***          395.00          0.00

7. ENDING BALANCE:          51.02          0.00

8. General Account Number(s):          3980625333

   Depository Name & Location:          WELLS FARGO BANK
                                       18356 IRVINE BOULEVARD
                                       TUSTIN, CA 92780

*    All receipts must be deposited into the general account.

**   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| CARL HEINZ REINHART | Case Number: 8:09-bk-16774-TA |
| | Operating Report Number: 16 |
| Debtor(s). | For the Month Ending: 10/31/2010 |

CASH COLLATERAL ACCOUNT FOR PROPERTY AT SILVERADO CANYON RD, SILVERADO, CA

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          300.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          100.00

3. BEGINNING BALANCE:          200.00     0.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing          _____
   Accounts Receivable - Pre-filing          _____
   General Sales          _____
   Other (Specify)          _____
   **Other (Specify)   _____   _____

   TOTAL RECEIPTS THIS PERIOD:          0     0.00

5. BALANCE:          200.00     0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)     0     0.00
   Disbursements (from page 2)     0     0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***          0     0.00

7. ENDING BALANCE:          200.00     0.00

8. General Account Number(s):          3980625362

   Depository Name & Location:          WELLS FARGO BANK
                                        18356 IRVINE BOULEVARD
                                        TUSTIN, CA 92780

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

NONE

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                      _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS                                                               _____

3.  BEGINNING BALANCE:                                            | _____ 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)                                        _____

5.  BALANCE:                                                      | _____ 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                           | _____ 0.00 |

7.  ENDING BALANCE:                                               | _____ 0.00 |

8.  PAYROLL Account Number(s):                    _____

    Depository Name & Location:                   _____
                                                  _____
                                                  _____

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

PARTICULAR ACCOUNT    NONE

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        | 0.00 |

Bank statement Adjustments:                                        _____
Explanation of Adjustments-

|  |
|---|
|  |

ADJUSTED BANK BALANCE:                                            | $0.00 |

* It is acceptable to replace this form with a similar form                    Page 6 of 16
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

*NONE*

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS  _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS  _____

3.  BEGINNING BALANCE:  | 0 |

4.  RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account)  _____

5.  BALANCE:  | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***  | 0.00 |

7.  ENDING BALANCE:  | 0.00 |

8.  TAX Account Number(s):  _____
_____

Depository Name & Location:  _____
_____
_____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD



| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

*None*

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                          | 0.00 |

Bank statement Adjustments:                        _____
Explanation of Adjustments-

| |
|---|

ADJUSTED BANK BALANCE:                             | $0.00 |

\* It is acceptable to replace this form with a similar form          Page 9 of 16
\*\* Please attach a detailed explanation of any bank statement adjustment

## I. SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 412.99 |
| Payroll Account: | 0 |
| Tax Account: | 0 |
| *Other Accounts: CASH COLLATERAL ACCT# 2578567134 | 47,013.87 |
| CASH COLLATERAL ACCT# 3980625333 | 51.02 |
| CASH COLLATERAL ACCT# 3980625382 | 200.00 |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:** 47,677.88 | 0.00

**Petty Cash Transactions:**

| Date | Purpose | Amount |
|------|---------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**TOTAL PETTY CASH TRANSACTIONS:** 0 | 0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| WELLS FARGO HOME MTG | NO | 3,000 | 16 | 48,000 |
| FRANKLIN CREDIT | NO | 856 | 16 | 13,696 |
| R H NEESE TRUST | NO | 1250 | 16 | 20,000 |
| GE MINI CHELLO | NO | 500 | 16 | 8,000 |
| R H NEESE TRUST | NO | 935 | 16 | 14,960 |
| G HELLAND | — | NONE | | |
| CCRC PARVSUC | NO | 3,250 | 16 | 52,000 |
| THE KOLL TRUST | NO | 8,333 | 16 | 133,328 |
| FIRST FRANKLIN | MO | 3,200 | 16 PARTIAL PAYMENTS MADE FOR STINLATION | 45,242.53 |
| THE KOLL TRUST | NO | 3,250 | 16 | 52,000 |
| COMM BK OF CA | NO | 12,000 | 16 | 192,000 |
| MAIN STREET SMLC | NO | 3,200 | 16 | 51,200 |
| MAIN STREET SMLC | NO | 375 | 16 | 6,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DUE: 636,426.53  0.00

III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____
Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 70,000 | 82,000 * | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

* includes pre-petition

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 39,704 |  |  |
| 31 - 60 days | 39,750 |  |  |
| 61 - 90 days | 39,850 |  |  |
| 91 - 120 days | 39,847 |  |  |
| Over 120 days | 481,152 |  |  |
| TOTAL: | 640,303   0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | ST FARM | $300,000 | 02/11/2011 | 12/1/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle | ST FARM | $300,000 | 02/11/2011 | 02/11/2011 |
| Others: _____ |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 09/30/2009 | 26,062.82 | 650.00 | 11/12/2009 | 650.00 | 0.00 |
| 12/31/2009 | 60,513.34 | 650.00 | 02/08/2010 | 650.00 | 0.00 |
| 03/31/2010 | 45,993.28 | 650.00 | 05/25/2010 | 650.00 | 0.00 |
| 06/30/2010 | 26,091.43 | 650.00 | 09/24/2010 | 650.00 | 0.00 |
| 09/30/2010 | 14,332.89 | 325.00 |  |  | 325.00   0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 2925.00   0.00 |  | 2600.00   0.00 | 325.00   0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

### VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

*NONE*

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month | | Cumulative Post-Petition | |
|---|---|---|---|---|
| **Sales/Revenue:** | | | | |
| Gross Sales/Revenue | 3925.06 | | 153,610.23 | |
| Less: Returns/Discounts | | | | |
| Net Sales/Revenue | 3925.06 | 0.00 | 153,610.23 | 0.00 |
| | | | | |
| **Cost of Goods Sold:** | | | | |
| Beginning Inventory at cost | | | | |
| Purchases | | | | |
| Less: Ending Inventory at cost | | | | |
| Cost of Goods Sold (COGS) | | 0.00 | | 0.00 |
| | | | | |
| Gross Profit | 3925.06 | 0.00 | 153,610.23 | 0.00 |
| | | | | |
| Other Operating Income (Itemize) | 4046.78 | | 55,657.69 | |
| FROM RENTAL PROPERTIES, SEE ATTACHED PGS 3a,3b,3c | | | | |
| **Operating Expenses:** | | | | |
| Payroll - Insiders | | | | |
| Payroll - Other Employees | | | | |
| Payroll Taxes | | | | |
| Other Taxes (Itemize) | | | | |
| Depreciation and Amortization | 15,000.00 | | 240,000.00 | |
| Rent Expense - Real Property | 1,248.46 | | 19,975.36 | |
| Lease Expense - Personal Property | | | | |
| Insurance | | | | |
| Real Property Taxes | 4166.00 | | 66,656.00 | |
| Telephone and Utilities | 1150.00 | | 17,610.00 | |
| Repairs and Maintenance | 700.00 | | 10,350.00 | |
| Travel and Entertainment (Itemize) | 250.00 | | 5,150.00 | |
| Miscellaneous Operating Expenses (Itemize) | 800.00 | | 13,350.00 | |
| Total Operating Expenses | 23,314.46 | 0.00 | 373,091.36 | 0.00 |
| Net Gain/(Loss) from Operations | (15,342.62) | 0.00 | (163,823.44) | 0.00 |
| | | | | |
| **Non-Operating Income:** | | | | |
| Interest Income | | | | |
| Net Gain on Sale of Assets (Itemize) | | | | |
| Other (Itemize) | | | | |
| Total Non-Operating income | 0 | 0.00 | 0 | 0.00 |
| | | | | |
| **Non-Operating Expenses:** | | | | |
| Interest Expense | 33,708.00 | | 539,328.00 | |
| Legal and Professional (Itemize) ATTORNEY/LEGAL | 4500.00 | | 42,500.00 | |
| Other (Itemize) | | | | |
| Total Non-Operating Expenses | 38,208.00 | 0.00 | 581,828.00 | 0.00 |
| | | | | |
| NET INCOME/(LOSS) | (53,550.62) | 0.00 | (745,651.44) | 0.00 |

(Attach exhibit listing all itemizations required above)

BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | 10,253,500.00 | |
| Unrestricted Cash | 412.99 | |
| Restricted Cash | 47,677.88 | |
| Accounts Receivable | 2,500.00 | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | 10,000.00 | |
| Total Current Assets | | 10,314,090.87 |  0.00 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0 | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 10,314,090.87 | 0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 2,250.00 | |
| Taxes Payable | 17,500.00 | |
| Notes Payable | | |
| Professional fees | 9,000.00 | |
| Secured Debt | 636,426.53 | |
| Other (Itemize) INT ON UNSECURED DEBT | 78,000.00 | |
| Total Post-petition Liabilities | | 743,176.53 | 0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 5,593,130.00 | |
| Priority Liabilities | | |
| Unsecured Liabilities | 462,960.00 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 6,056,090.00 | 0.00 |
| TOTAL LIABILITIES | | 6,799,266.53 | 0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 4,195,760.03 | |
| Post-petition Profit/(Loss) | (680,935.69) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | 3,514,824.34 | 0.00 |
| TOTAL LIABILITIES & EQUITY | | 10,314,090.87 | 0.00 |

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ____ |

_____

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ____ |

_____

3.
State what progress was made during the reporting period toward filing a plan of reorganization
PLAN WAS FILED, WAITING FOR PLAN CONFIRMATION HEARING

4. Describe potential future developments which may have a significant impact on the case:
SALE OF FISHER LANE PROPERTY, SALE OF 26142, 28222 SILVERADO CANYON RD SILVERADO, CA

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.  NONE

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ____ |

_____

I,  CARL HEINZ REINHART, INDIVIDUAL
    [enter your name and title here],
    declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

11/18/2010
_____        _____        _____
Date                                    Page 16 of 16                Principal for debtor-in-possession



# PMA ® Wells Fargo® PMA Package

If you have questions about this statement or your accounts:

*Phone:* **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932 , *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

CARL H REINHART
DEBTOR IN POSSESSION
CH 1I CASE 09-16774 (CCA)
PO BOX 4476
IRVINE CA 92616-4476

## October 31, 2010

| | |
|---|---|
| **Total assets:** | **$47,677.88** |
| Last month: | $46,643.22 |
| Change in $: | $1,034.66 |
| Change in %: | 2.22% |
| **Total liabilities:** | **$302,675.18** |
| Last month: | $302,675.18 |
| Change in $: | $0.00 |
| Change in %: | 0.00% |
| *PMA* Qualifying Balance: | **$77,945.39** |

### Contents

| | Page |
|---|---|
| Overview | 2 |
| PMA® Prime Checking Account | 4 |
| Other Checking (3) | 7 |
| Savings | 10 |
| Home Mortgage | 11 |

**WELLS FARGO**

# Overview  of your  PMA account

## Assets

| Account    (Account Number) | Percent of total | Balance last month  ($) | Balance this month  ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking  Account  (2578517126) | <1% | 2,005.07 | 412.99 | (1,592.08) | (79.40)% |
| Complete  Advantage ® Checking  (2578517134) | 99% | 44,437.13 | 47,013.87 | 2,576.74 | 5.80% |
| Complete  Advantage ® Checking  (3980625333) | <1% | 1.02 | 51.02 | 50.00 | 4,901.96% |
| Complete  Advantage ® Checking  (3980625382) | <1% | 200.00 | 200.00 | 0.00 | 0.00% |
| Wells Fargo® High  Yield  Savings  (1380814325) | N/A | 0.00 | 0.00 | 0.00 | 0.00% |
| **Total assets** | | **$46,643.22** | **$47,677.88** | **$1,034.66** | **2.22%** |

**Total asset allocation  (by account type)**



Checking: 100%

## Liabilities

| Account    (Account Number) | Percent of total | Outstanding balance last month  ($) | Outstanding balance this month  ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Home  Mortgage   (708-0030844302) | 100% | 302,675.18 | 302,675.18 | 0.00 | 0.00% |
| **Total liabilities** | | **$302,675.18** | **$302,675.18** | **$0.00** | **0.00%** |

**Total liability  allocation (by account type)**



Home Mortgage: 100%

**WELLS FARGO**

## OVERVIEW OF YOUR PMA ACCOUNT (CONTINUED)

# Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account (2578517126) | 0.02 | 0.19 |
| Complete Advantage ® Checking (2578517134) | 1.96 | 14.13 |
| Complete Advantage ® Checking (3980625333) | 0.00 | 0.18 |
| **Total interest, dividends and other income** | **$1.98** | **$14.50** |

Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

227809

# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---:|
| Balance on 10/1 | 2,005.07 |
| Deposits/Additions | 3,925.06 |
| Withdrawals/Subtractions | - 5,517.14 |
| **Balance on 10/31** | **$412.99** |

Account number: **2578517126**

**CARL H REINHART**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-16774 (CCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.02 |
| Average collected balance this month | $419.92 |
| Annual percentage yield earned | 0.06% |
| Interest paid this year | $0.19 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | **Beginning balance on 10/1** | | | | **2,005.07** |
| 10/1 | Deposit | | 429.10 | | |
| 10/1 | Check | 1541 | | 231.10 | 2,203.07 |
| 10/4 | Check Crd Purchase 09/30 Loopnet Inc 415-2434200 CA 434256Xxxxxx2244 276040022000038 ?McC=5969 01 | | | 31.46 | |
| 10/4 | Check | 1540 | | 1,301.70 | |
| 10/4 | Check | 1539 | | 650.00 | |
| 10/4 | Check | 1534 | | 200.00 | 19.91 |
| 10/5 | Deposit | | 100.00 | | 119.91 |
| 10/12 | Deposit | | 300.00 | | |
| 10/12 | Hartford Fire IN Checkpymt 101012 01543 00000000000013068173 | ^1543 | | 221.44 | |
| 10/12 | State Farm Ro 08 Pymt 1544 | ^1544 | | 124.75 | |
| 10/12 | Check | 1548 | | 77.00 | |
| 10/12 | Check | 1537 | | 30.00 | -33.28 |
| 10/13 | Overdraft Fee | | | 35.00 | |
| 10/13 | Overdraft Fee | | | 35.00 | |
| 10/13 | Deposit | | 300.00 | | |
| 10/13 | Check | 1545 | | 122.79 | |
| 10/13 | Check | 1550 | | 48.30 | |
| 10/13 | Check | 1551 | | 39.30 | -13.67 |
| 10/14 | Overdraft Fee | | | 35.00 | |
| 10/14 | Deposit | | 100.00 | | |
| 10/14 | Socalgas Arc Pymt 101013 1546 153110980071339 | ^1546 | | 21.22 | 30.11 |
| 10/18 | Deposit | | 595.94 | | |
| 10/18 | Deposit | | 500.00 | | |
| 10/18 | Check | 1554 | | 283.03 | |
| 10/18 | Check | 1555 | | 267.90 | |
| 10/18 | Check | 1553 | | 103.42 | |
| 10/18 | Check | 1552 | | 30.46 | 441.24 |
| 10/19 | Deposit | | 200.00 | | |
| 10/19 | Check | 1556 | | 148.00 | 493.24 |
| 10/20 | Deposit | | 100.00 | | |
| 10/20 | ATM Withdrawal - 10/20 Mach ID 0839J Mariners Newport Beach CA 2244 0008345 | | | 200.00 | |
| 10/20 | Check | 1560 | | 110.12 | |
| 10/20 | Check | 1559 | | 67.10 | |
| 10/20 | Check | 1557 | | 42.87 | 173.15 |
| 10/21 | Check Crd Purchase 10/19 Loopnet Inc 415-2434200 CA 434256Xxxxxx2244 294040007193643 ?McC=5969 01 | | | 109.95 | |

227810

**WELLS FARGO**

PMA account 2578517126  ■  October 1, 2010 - October 31, 2010  ■  Page 5 of 13

## PMA ® PRIME CHECKING ACCOUNT   (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 10/21 | Check Crd Purchase 10/20 Pwr - Long Beach 714-2455500 CA 434256Xxxxxx2244 294040013136366 ?McC=8641 01 | | | 106.25 | -43.05 |
| 10/22 | Deposit | | 100.00 | | 56.95 |
| 10/25 | Deposit | | 200.00 | | |
| 10/25 | Online Transfer Ref #Ibemnrqhvt  to Business Checking Xxxxxx2807 On 10/23/10 | | | 10.00 | |
| 10/25 | Oc Toll Road Road Tolls 101022 1800095 Carl*Reinhart | | | 55.00 | 191.95 |
| 10/26 | Online Transfer Ref #Ibe56Jmk8J From Business Checking Xxxxxx2807 On 10/26/10 | | 1,000.00 | | |
| 10/26 | Check | 1564 | | 81.89 | |
| 10/26 | Check | 1563 | | 56.23 | 1,053.83 |
| 10/28 | Cox Comm - Org Check Pymt 102710 01567 | ^1567 | | 248.95 | |
| 10/28 | Check | 1565 | | 193.00 | 611.88 |
| 10/29 | POSPurchase - 10/29 Mach ID 000000 Smart & Final C Irvine CA 2244 00460302793140649 ?McC=5411 | | | 27.12 | |
| 10/29 | POSPurchase - 10/29 Mach ID 000000 Kelly Paper Tustin CA 2244 00300302776747630 ?McC=5111 | | | 17.23 | |
| 10/29 | POSPurchase - 10/29 Mach ID 000000 The Home Depot Tustin CA 2244 00580302807214269 ?McC=5200 | | | 14.64 | |
| 10/29 | POSPurchase - 10/29 Mach ID 000000 Cvs 08877 08877 Tustin CA 2244 00460302840618824 ?McC=5912 | | | 13.02 | |
| 10/29 | State Farm Ro 08 Pymt 1566 | ^1566 | | 126.90 | |
| 10/29 | Interest Payment | | 0.02 | | 412.99 |
| | Ending balance on 10/31 | | | | 412.99 |

| Totals | | | $3,925.06 | $5,517.14 | |
|---|---|---|---|---|---|

Key to symbols:  ^  *Converted check: Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1534 | 10/4 | 200.00 | 1548 * | 10/12 | 77.00 | 1557 | 10/20 | 42.87 |
| 1537 * | 10/12 | 30.00 | 1550 * | 10/13 | 48.30 | 1559 * | 10/20 | 67.10 |
| 1539 * | 10/4 | 650.00 | 1551 | 10/13 | 39.30 | 1560 | 10/20 | 110.12 |
| 1540 | 10/4 | 1,301.70 | 1552 | 10/18 | 30.46 | 1563 * | 10/26 | 56.23 |
| 1541 | 10/1 | 231.10 | 1553 | 10/18 | 103.42 | 1564 | 10/26 | 81.89 |
| 1543 * | 10/12 | 221.44 | 1554 | 10/18 | 283.03 | 1565 | 10/28 | 193.00 |
| 1544 | 10/12 | 124.75 | 1555 | 10/18 | 267.90 | 1566 | 10/29 | 126.90 |
| 1545 | 10/13 | 122.79 | 1556 | 10/19 | 148.00 | 1567 | 10/28 | 248.95 |
| 1546 | 10/14 | 21.22 | | | | | | |

* Gap in check sequence.

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $105.00 | $350.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.



**PMA ® PRIME CHECKING ACCOUNT**    (CONTINUED)

Direct Deposit Advance Important  Change in Terms Notice - Additional  terms regarding  Payment by Mail Set-up fee - Effective immediately  the following  terms are added. All other repayment terms as communicated  in the 'Important  Change in Terms Notice' you received when you opened your consumer checking account or received within your consumer checking account statement  remain the same.

Payment by Mail - Refundable  Set-up fee. The set-up fee is refundable  and will be automatically  credited to your consumer checking account if your first two (2) payments under the Payment by Mail method  are made for the full amount outstanding  on or before the Payment Due Date as indicated  on your periodic billing statement. You do not need to use the service immediately  or for consecutive statement  periods to qualify for the refund. In order to be eligible  for the refund  a late fee cannot have been assessed prior to making your first two (2) payments. The refund will appear on your checking account statement  following  the 2nd full payment.

For complete  details about this service, please refer to the Direct Deposit Advance Service Agreement  and Product Guide and any addendum  or amendment  or speak with a banker at the phone number listed above.

**WELLS FARGO**

# Complete Advantage ® Checking

## Activity summary

| | |
|---|---:|
| Balance on 10/1 | 44,437.13 |
| Deposits/Additions | 3,601.78 |
| Withdrawals/Subtractions | - 1,025.04 |
| **Balance on 10/31** | **$47,013.87** |

Account number: **2578517134**

**CARL H REINHART**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-16774 (CCA)**
**CASH COLLATERAL ACCOUNT**

Wells Fargo Bank, N.A., California  (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---:|
| Interest earned this month | $1.96 |
| Average collected balance this month | $46,169.00 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $14.13 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | **Beginning balance on 10/1** | | | | **44,437.13** |
| 10/1 | Deposit | | 2,256.82 | | |
| 10/1 | Check | 2155 | | 429.10 | 46,264.85 |
| 10/18 | Check | 2156 | | 595.94 | 45,668.91 |
| 10/28 | Deposit | | 1,343.00 | | 47,011.91 |
| 10/29 | Interest Payment | | 1.96 | | 47,013.87 |
| | **Ending balance on 10/31** | | | | **47,013.87** |
| | **Totals** | | **$3,601.78** | **$1,025.04** | |

### Summary of checks written (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---:|---|---|---:|
| 2155 | 10/1 | 429.10 | 2156 | 10/18 | 595.94 |

Get your credit report and help protect your identity

There's a new way to help manage your credit and protect your identity: Enhanced Identity Theft Protection.

When you enroll, you'll gain insight into how your everyday financial decisions impact your credit and credit score. Then, you can make decisions to help reach your financial goals - whether it's paying off debt, saving more or increasing your credit score. Enhanced Identity Theft Protection delivers monthly, triple credit bureau reports and scores, online calculators, a credit score tracker, credit score alerts and more.

Start protecting your credit and identity today by enrolling for just $1 for the first month and only $15.99 monthly thereafter. Visit wellsfargo.com/enhanced to enroll today.

227813



# Complete  Advantage ® Checking

## Activity    summary

| | |
|---|---|
| Balance on 10/1 | 1.02 |
| Deposits/Additions | 445.00 |
| Withdrawals/Subtractions | - 395.00 |
| **Balance on 10/31** | **$51.02** |

Account number: **3980625333**

**CARL H REINHART**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-16774  (CCA)**

Wells Fargo Bank, N.A., California  (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest    you've    earned

| | |
|---|---|
| Interest paid on 10/31 | $0.00 |
| Average collected  balance this month | $21.02 |
| Annual percentage  yield earned | 0.00% |
| Interest paid this year | $0.18 |

## Transaction    history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 10/1** | | | | | **1.02** |
| 10/25 | Deposit | | 245.00 | | |
| 10/25 | Deposit | | 200.00 | | 446.02 |
| 10/26 | Sp Servicing  Mrtg  Pmt 101026 01012 0012422580 | ^1012 | | 395.00 | 51.02 |
| **Ending balance on 10/31** | | | | | **51.02** |
| **Totals** | | | **$445.00** | **$395.00** | |

Key to symbols:  ^ *Converted  check: Paper check converted  to an electronic  format  by your payee or designated representative.*
*Converted checks cannot  be returned, copied or imaged.*

## Summary of checks written *(checks listed  are also displayed  in the preceding  Transaction  history  section)*

| Number | Date | $ Amount |
|---|---|---|
| 1012 | 10/26 | 395.00 |



# Complete  Advantage ® Checking

### Activity   summary

| | |
|---|---|
| Balance on 10/1 | 200.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 10/31** | **$200.00** |

Account number:  **3980625382**

**CARL H REINHART**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-16774  (CCA)**

Wells Fargo Bank, N.A., California  (Member FDIC)

Questions about your account:  **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

### Interest   you've   earned

| | |
|---|---|
| Interest paid on 10/31 | $0.00 |
| Average collected  balance this month | $200.00 |
| Annual percentage  yield earned | 0.00% |
| Interest paid this year | $0.00 |

227815



PMA account 2578517126 ■ October 1, 2010 - October 31, 2010 ■ Page 10 of 13

# Wells Fargo ® High Yield Savings

**Activity    summary**

| | |
|---|---|
| Balance on 10/1 | 0.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 10/31** | **$0.00** |

Account number: **1380814325**

**CARL H REINHART**

Wells Fargo Bank, N.A., California  (Member  FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest    you've    earned**

| | |
|---|---|
| Interest paid on 10/31 | $0.00 |
| Average collected balance this month | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |

227816

**WELLS FARGO**

# Home Mortgage

**Property    address**

19312 Fisher Ln
Santa Ana, CA 92705

Account number: **708-0030844302**

**CARL H REINHART**

Wells Fargo Home Mortgage

**Loan summary**

| | |
|---|---|
| Original date of mortgage | 3/21/97 |
| Interest rate | 3.875% |
| Unpaid principal balance* as of 10/31 | $302,675.18 |
| Current monthly payment | $3,376.35 |
| Escrow balance | $0.00 |
| Interest paid year-to-date | $0.00 |
| Taxes paid year-to-date | $4,361.03 |

*Contact Customer Service for your payoff balance.

■  This is a summary statement of your Home Mortgage account. You will continue to receive a complete periodic statement.

227817

**WELLS FARGO**

## Worksheet to balance your checking account

**1.** Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

**2.** Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

**3.** Balance your account by filling in the spaces below.

☞ ENTER
**A** The ending balance shown on your statement                    $ _____

☞ ADD
**B** Any deposits listed in your register or transfers into your account which are not shown on your statement

$ _____
$ _____
$ _____
$ _____
$ _____ → $ _____

☞ CALCULATE SUBTOTAL
(Add parts **A** and **B** )                                    $ _____

☞ SUBTRACT
**C** Total of outstanding checks and withdrawals from the chart at right          - $ _____

☞ CALCULATE
ENDING BALANCE
(Part **A** + Part **B** - Part **C** )
This amount should be the same as the current balance shown in your check register.          $ _____

| Items outstanding | |  |
|---|---|---|
| **Check number** | **Amount** | |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total** | **$** | |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, **please report any differences to us as soon as possible but no later than within 30 days.** Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, 735 West Wisconsin Avenue, Milwaukee, WI 53201-2057 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and loan products, including PMA Package, offered by Wells Fargo Bank, N.A., Member FDIC.

©2007 Wells Fargo Bank, N.A. All rights reserved.

**WELLS FARGO**

This message will clarify the way Wells Fargo posts transactions to your account and assessesOverdraft and Returned Item fees as of November 29, 2010.

Wells Fargo posts transactions during our nightly processing each business day. Generally, we first post deposits or incoming transfers received before the deposit cut-off time that day. We then post your withdrawals (such as ATM, debit card or check transactions) that have been received for payment from your account. We pay some categories (or types) of transactions, such as debit card transactions, before other types of transactions, such as checks. If there are multiple transactions within a category, the order in which the transactions are posted will vary depending on the type of transaction.

For example, effective November 29, 2010, we will pay the most common types of transactions in the following order:
- ATM and debit card transactions - transactions will be sorted by the date the transaction was conducted. If a merchant does not seek pre-authorization from the bank at the time of the transaction, we will use the date the transaction is received for payment from your account. If there are multiple transactions on a date, those transactions will be sorted by time (where that information is available to our posting systems); the remaining transactions on that date will be sorted and paid from lowest to highest dollar amount.
- Account transfers, teller cashed checks and teller cash withdrawals - If there are multiple transactions, the transactions will be sorted and paid from highest to lowest dollar amount.
- Checks, Bill Pay and automatic payments (also known as ACH) - If there are multiple transactions, the transactions will be sorted and paid from highest to lowest dollar amount.

If you do not have sufficient available funds to cover a transaction, we will take one or more of the following actions: transfer available funds from any linked Overdraft Protection account(s); pay the transaction, creating an overdraft in your account; or return the transaction unpaid due to insufficient funds. Applicable Overdraft and Returned Item fees will post to your account the morning following our nightly processing.

In determining whether you have sufficient funds to cover a transaction, we will consider all transactions that have posted to your account, any holds that may be in place on deposits you have made, and pending transactions (such as pending debit card purchases or ATM withdrawals) that the bank has authorized but that have not yet posted to your account. Overdraft and/or Returned Item fees will ordinarily be assessed on posted transactions that exceed your available balance. (Overdraft fees will not apply to ATM and one-time debit card transactions that post against insufficient funds, unless you have enrolled in our Debit Card Overdraft Service.)

If we receive multiple transactions within a category for payment and if we determine there are sufficient funds to pay one or more but not all of the transactions, then the number of transactions paid and the Overdraft and Returned Item fees assessed could be affected by the order that we choose to post those transactions. For all categories of transactions (other than ATM and one-time debit card transactions), we post transactions in the order of highest to lowest dollar amount, which could result in more Overdraft and Returned Item fees than if we were to post the transactions in a different order.