| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Patrick T. Sullivan, Esq. (SBN 263613)<br>LAMBERT & ROGERS, APLC<br>359 West Madison Avenue, Suite 100<br>El Cajon, CA 92020<br>Tel: (619) 588-7600<br>Fax: (619) 588-7889<br><br>*Attorney for* COMMERCIAL BANK OF CALIFORNIA | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: CARL HEINZ REINHART | CHAPTER 11 |
|---|---|
| | CASE NUMBER 8:09-bk-16774-TA |
| | DATE: 1/26/11 |
| | TIME: 10:00 a.m. |
| Debtor. | COURTROOM: 5B |

## NOTICE OF MOTION FOR:

CONVERSION OR DISMISSAL

*(Specify name of Motion)*

1. TO: DEBTOR; DEBTOR'S ATTORNEY; U.S. TRUSTEE; and ALL INTERESTED PARTEIS

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:** | **Time:** | **Courtroom:** | **Floor:** |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☒ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 12/30/10

LAMBERT & ROGERS, APLC
*Law Firm Name*

By: ____/s/ Patrick T. Sullivan____

Name: Patrick T. Sullivan, Esq.
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.1

Notice of Motion (with Hearing) - Page 2

F 9013-1.1

| In re  CARL HEINZ REINHART | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:09-bk-16774-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
359 West Madison Avenue, Suite 100
El Cajon, CA 92020

A true and correct copy of the foregoing document described as NOTICE OF MOTION TO CONVERT OR DISMISS _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/30/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Evan C Borges   eborges@irell.com, bblythe@irell.com
Deborah Conley   bkmail@prommis.com
Nancy S Goldenberg   nancy.goldenberg@usdoj.gov
Christopher M McDermott   ecfcacb@piteduncan.com

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 12/30/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

DEBTOR
Carl Heinz Reinhart
P.O. Box 4476
Irvine, CA 92616

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/30/10 | Janice L. Rogers | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.1

Notice of Motion (with Hearing) - Page 3

**F 9013-1.1**

| In re  CARL HEINZ REINHART | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:09-bk-16774-TA |

**ADDITIONAL SERVICE INFORMATION** (if needed):

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):
R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
John D Schlotter    ecfmail@aclawllp.com
Patrick T Sullivan    patricksullivan@lambertrogers.com
David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com; kmishigian@tilemlaw.com
Linh K Tran    bline.chapter13@blinellc.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Alan Steven Wolf    wdk@wolffirm.com

II. SERVED BY U.S. MAIL:
MANUAL NOTICE LIST:

SELECT PORTFOLIO SERVICING, INC.
PO Box 65777
Salt Lake City, UT 84165

The Huntington National Bank, as Trustee for Franklin Mortgage Asset Trust 2009-A, by Franklin Credit Management Corporation as Servicing Agent c/o Franklin Credit Management Corporation
PO Box 2301
Jersey City, NJ 07303-2301

Jim T Tice
38 Sorrento
Irvine, CA 92614

TWENTY LARGEST UNSECURED CREDITORS
American Express, Attn Managing Agent, P.O. Box 981535, El Paso, TX 79998
Capital One, Attn Managing Agent, P.O. Box 30273, Salt Lake City, UT 84130
Chase, Attn Managing Agent, P.O. Box 15298, Wilmington, DE 19850
Citi Bank, Attn Managing Agent, P.O. Box 6000, The Lakes, NV 89163
Eoin L. Kreditor, Esq., Friedman Stroffe & Gerard PC, 19800 MacArthur Blvd #100, Irvine, CA 92612
Franchise Tax Board, Special Procedures Branch, P.O. Box 2952, Sacramento, CA 95812-2952
Ganahl Lumber, P.O. Box 31, Anaheim, CA 92815
George Helland, 2626 29th Street, San Diego, CA 92104
Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114
Lincoln Wholesale Electric Co., Attn Managing Agent, 1451-A Lincoln Blvd, Santa Monica, CA 90401
Marguerite Reinhart, 18800 Florida St #333, Huntington Beach, CA 92648
Michael Britt, 28435 Zurita, Mission Viejo, CA 92692
Michael Lanphere, Esq., 400 N Tustin Ave, Ste 225, Santa Ana, CA 92705
Peninsula Investment RE Broker, Attn Managing Agent, P.O. Box 14130, Irvine, CA 92623
Union Bank of California, Attn Managing Agent, Wilcox, AZ 85643
WB Contento, P.O. Box 6397, Santa Ana, CA 92701
Wells Fargo Bank, Attn Managing Agent, P.O. Box 10347, Des Moines, IA 50306
Yocum-Baldwin Development, Attn Managing Agent, 3299 Horseless Carriage Dr, Norco, CA 92860

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-1.1**