**R. GIBSON PAGTER JR**
California State Bar No. 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: gibson@pagterandmiller.com

Attorneys for Debtor and Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:09-bk-16774 TA |
| CARL HEINZ REINHART, | Chapter 11 |
| | OPPOSITION BY DEBTOR TO MOTION FOR CONVERSION OR DISMISSAL; DECLARATION OF CARL REINHART; MOTION FOR CONTINUANCE |
| | DATE:      January 26, 2011 |
| | TIME:       10:00 a.m. |
| | PLACE:    Courtroom 5B, 5th Floor |
| | 411 W. Fourth Street |
| | Santa Ana, CA 92701 |
| Debtor and Debtor-in-Possession. | |

Debtor and Debtor in Possession, CARL HEINZ REINHART ("CARL"), opposes the

Motion for Conversion or Dismissal by Secured Creditor, COMMERCIAL BANK OF

CALIFORNIA ("CBC"), in that Movant has not established "cause," as follows.

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB                    1

**THE CASE SHOULD NOT BE CONVERTED OR DISMISSED AT THIS TIME, SINCE**

**IT WOULD NOT BE IN THE BEST INTEREST OF ALL CREDITORS**

Section 1112 of the Bankruptcy Code states, in pertinent part that:

> "(b)(1) Except as provided in paragraphs (2) of the
> subsection (c) of this section, and section 1104(a)(3), on
> request of a party in interest, and after notice and hearing,
> absent unusual circumstances specifically identified by
> the court that establish that the requested conversion or dismissal is not in
> the best interest of creditors and the estate, the court
> shall convert a case under this chapter to a case under Chapter 7 or dismiss a
> case under this chapter, whichever is in the best interests of the creditors and the
> estate, if the movant establishes cause. [Emphasis added.]

> (2)    The relief provide in paragraph [b](1) shall not
> be granted absent unusual circumstances specifically
> identified by the court that establish such relief is not in the
> best interests of creditors and the estate, if the debtor or
> another party in interest objects and establishes that --(A) there
> is a reasonable likelihood that a plan will be confirmed within… a
> reasonable period of time….

Section 1112 of the Bankruptcy Code defines "cause" to justify dismissal to include

"substantial or continuing loss to or a diminution of the estate <u>and</u> the absence of a reasonable

likelihood of rehabilitation." <u>See</u> § 1112(4)(A). This is Movant's burden of proof, not Debtor's.

Such "cause" does not exist where dismissal will result in a *possible* prejudice to the creditors.

<u>In re Warner</u>, 83 B.R. 807, 809 (Bankr M.D. Fla. 1988), quoting <u>In re Hall</u>, 15 B.R. 913 (Bankr.

9th Cir. 1981).

The attached Declaration of CARL details his efforts to maximize the value of the

estate's real estate assets, and explains that he has expended as much as $225,000 from his

post-bankruptcy earnings to fix up, rehabilitate, and safeguard estate assets, with the goal of

selling same expeditiously. It further explicates that his ability to reorganize and to file a Motion

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana. CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB                    2

to Borrow against LADD or to propose a new Plan and Disclosure Statement, reliant upon the

LADD property, has been slowed by CBC's Motion to Value and the recent holidays.

CBC seeks conversion or dismissal of this case due to the alleged substantial losses

and the absence of a reasonable likelihood of rehabilitation AND unreasonable delay that is

prejudicial to ALL creditors—e.g., not just allegedly prejudicial to CBC.   To date, no other

creditor has voiced an opinion that either conversion or dismissal is needed or appropriate, or

that Debtor's delay in reorganizing, during an economic downturn that appears to be lessening,

is prejudicial to them. Indeed, by the time of the 1/26/11 hearing hereon, Debtor expects other

creditors will join this Opposition.

Debtor seeks to liquidate, and for most of this bankruptcy case has been trying to

liquidate, all of the estate's saleable assets. What would a Chapter 7 trustee do with them?

Exactly the same, but s/he would: (a) retain real estate brokers, at a 6%+ commission basis on

sales, where CARL proposes to pay 0%; and (b) retain new lawyers and perhaps CPA(s), who

will need to be educated on the complexities of this case at an enormous expense to general

unsecured and undersecured creditors. Where is CBC's proof that either conversion or

dismissal of this case is in the best interests of ALL creditors? Absent proof of the required

cause specified in the Code and case law, Debtor avers neither dismissal nor conversion is

appropriate.

The "best interests of the estate" test focuses on whether the economic value of the

estate is greater inside or outside of bankruptcy.  In re Staff Investment Co., 146 B.R. 256, 261

(Bankr. E.D. Cal. 1992) (citations omitted) (the court in balancing the interest of the parties

determines whether dismissal or conversion is in the best interest of the creditors and the

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB                3

estate).  See also, In re Superior Siding & Window, Inc., 14 F. 3D 240 (4TH Cir. 1994).  No such

showing has been made by CBC in this case, and the Motion should therefore be denied.

## I. **CONCLUSION**

Based on the foregoing, Debtor respectfully requests that CBC's Motion be denied, or

continued to a date in late March 2011, so that Debtor can have a hearing on a Motion to

Borrow and a new Disclosure Statement and Plan.

DATED:  January 12, 2011                         **PAGTER AND MILLER**

/S/ R. GIBSON PAGTER, JR., CA SBN 116450
R. GIBSON PAGTER, JR.
Attorney for Debtor and Debtor-in-Possession

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 114
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB                4

## DECLARATION OF CARL HEINZ REINHART

I, CARL H. REINHART, Debtor and Debtor-in-Possession ("DEBTOR") in the above-referenced case, declare that I am over the age of 18 years. The facts contained herein are true and correct and of my personal knowledge.

      1.      I am the Debtor and Debtor-in-Possession in the above-entitled case

      2.      **SUMMARY OF STATUS of REAL PROPERTIES**

**19312 FISHER LANE, NORTH TUSTIN, CA:** This property is a 4,286 sf single-family home, formerly my residence. Since I filed this bankruptcy case, I have completed the upgrades to this property necessary for it to be marketed and sold. I estimate the post-bankruptcy cost of these upgrades is $60,000, which I have paid from my post-bankruptcy earnings. The property is vacant and in excellent condition. It was placed on the market in 6/10 for $1,250,000. The property is being marketed by my real estate brokerage firm, and I am the listing agent. Attached hereto as Exhibit "A" is a true and correct copy of the e-listing of this property. There will be no brokerage fee to be paid to the listing agent. There is a brokerage fee of 3.5% offered to the selling agent, except that if I act in that capacity, there will be no fee paid to the selling agent. The property has been marketed in the Southern California Multiple Listing Service, which disseminates listing data to approximately twenty-five marketing data services. I have held two broker preview events, presented the property at two multiple listing service broker seminars, and have held approximately thirty or more individual days of open house sessions at the property. I have placed approximately eight advertisements in print media. There have been four periodic price reductions. The property is presently on the market at $1,075,000. There have been approximately 120-150 real estate brokers and principals who have visited the property since the listed date. There have not been any written purchase offers. I expect to receive a written offer to purchase the property on approximately 1/13/11 from a selling broker who presented the house to his client last week. I personally met with this broker on 1/11/11 for an extensive period and based on the discussions at that meeting, I believe that the prospective buyer appears to have a strong interest in purchasing the property. I intend to continue aggressive marketing of the property until it is sold, reducing the listed price as required to obtain a satisfactory sale of the property, subject to Court approval.

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 1104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB     5

3.    **28192 SILVERADO CANYON ROAD, SILVERADO, CA:** Since I filed this bankruptcy case, I completed renovations to this property necessary for it to be marketed and sold. I estimate the post-bankruptcy cost of these upgrades was $25,000, paid from my post-bankruptcy earnings. This property, which includes 2,100 rentable square feet of commercial space, was placed on the market in 8/10 for $725,000. The property is being marketed by my real estate brokerage, and I am the listing agent. .Attached hereto as Exhibit "B" is a true and correct copy of the e-listing of this property. There will be no brokerage fee to be paid to the listing agent. There is a brokerage fee of 3.0% offered to the selling agent, except that if I act in that capacity, there will be no fee paid to the selling agent. The property is being marketed in the CARETS (commercial) division of the Southern California Multiple Listing Service. It is also being marketed in LoopNet, a subscription commercial real estate marketing service, which is considered the most widespread marketing data service in the nation. I have tracked that at least 191 real estate brokers and principals have viewed the marketing information on LoopNet. I estimate that an additional 200 or more brokers and principals have viewed the Multiple Listing Service marketing information. There have not been any written purchase offers. I have met with one local buyer who is considering writing an offer to purchase the property. This potential buyer intends to use a portion of the property for operation of his business and intends to lease the remaining portion. I expect to have more information regarding the viability of this offer within the next ten days—i.e., by 1/22/11, before the hearing on CBC's Motion. I intend to continue aggressive marketing of the property until it is sold, reducing the listed price as required to obtain a satisfactory sale of the property, subject to Court approval.

4.    **28222 SILVERADO CANYON ROAD, SILVERADO, CA:** This property, which includes approximately 3,000 rentable square feet of commercial space, configured and permitted as a restaurant, was placed on the market in 7/10 for $1,050,000. The property is being marketed by my real estate brokerage, and I am the listing agent. There will be no brokerage fee to be paid to the listing agent. There is a brokerage fee of 3.0% offered to the selling agent, except that if I act in that capacity, there will be no fee paid to the selling agent. The property is being marketed in the CARETS (commercial) division of the Southern California Multiple Listing Service.. Attached hereto as Exhibit "C" is a true and correct copy of the e-listing of this property. It is also being marketed in LoopNet. I have tracked approximately 180 real estate brokers and principals who have viewed the

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana. CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB                    6

marketing information on LoopNet. I estimate that an additional 200 or more brokers and principals have viewed the Multiple Listing Service marketing information. There have not been any written purchase offers. I have met with several potential operators of restaurants at the property. Two of these parties have expressed a strong interest in leasing the property. I am currently negotiating with one of these potential operators to solicit his formal written offer to purchase the property, and anticipate it will be forthcoming before 1/26/11. I intend to continue aggressive marketing of the property until it is sold, reducing the listed price as required to obtain a satisfactory sale of the property, subject to Court approval.

5.    **92 ACRES, LADD CANYON ROAD, SILVERADO, CA ("LADD"):** LADD includes a luxury single-family home under construction on a portion of the property. Since the filing of this case I have continued with construction of the home, including but not limited to weatherization work, in order to bring it to a level of completion which will facilitate an expedient sale of the property. I estimate that the post-bankruptcy costs expenses paid to date are in excess of $135,000, some of which was paid from my non-restricted earnings and some of which was paid by a junior lienholder to protect the security of his lien. In 3/10, I applied to the County of Orange for a tentative tract map, parcelizing LADD to allow the sale of the above single-family home on a 4.5-acre portion of the entire property, which I believe will provide for a maximum value of the entire property to my bankruptcy estate. This application is being processed by the County at this time. Based upon conversations and meetings my agents and I have had with the County personnel involved in this process, I expect a satisfactory parcelization within no less than six months. The next meeting with County personnel is 1/13/11.

In addition, on 12/15/10 the Orange County Transportation Authority issued a solicitation for property owners in the area in and around LADD to offer their properties for purchase by OCTA as conservation/mitigation land, under the Measure (M2) Freeway Environmental Mitigation Program, discussed in detail at the hearings on CBC's Motion to Value Ladd Canyon. In response to this solicitation, on 1/10/11 I submitted an offering of an approximately 80-acre portion of this estate's property to the OCTA. True and correct copies of the OCTA's solicitation and my response are attached hereto as Exhibit "D". The OCTA has informed me that it is

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB                    7

aggressively proceeding with its acquisition of properties, and intends to consider and negotiate for the purchase of newly-solicited properties in an expedient manner.

6.    Based upon my experience as a licensed real estate broker with over 24 years experience, and the testimony of experts this Court heard in the November 2010 hearings on CBC's Motion to Value LADD, I know that portions of an individual parcel may be sold for conservation/mitigation purposes without the need for County-approved parcelization. OCTA plans to spend $42 million for conservation/mitigation purchases of real estate in Orange County during 2011, and additional funds thereafter. I will not await a purchase offer from the OCTA, however, but instead I intend to borrow additional funds to continue construction of the above home to a marketable level, AND then to place it on the market for sale in approximately 45 days from court approval of such new loan, marketing it aggressively until it is sold at some stage of completion, subject to Court approval. As of 1/12/11, I have obtained a loan commitment from George Helland, my sister's friend and also the holder of a 4th position lien on LADD, subject to this Court's approval, of up to $1.2MM, on a superpriority basis. I also am informed and believe that Mr. Helland would pay my estate/CBC $915,500 for the residence on LADD and at least 8 acres around it, in the alternative, if CBC were to so stipulate. Because my ability to borrow any money secured by a lien against LADD turned upon this Court's valuation opinion as to it, I did not move for approval of same earlier in this case, until after I had tried to negotiate something with CBC and, failing that, after this Court had ruled upon CBC's Motion to Value that property, and then had time to digest the import and impacts of the Court's decision, considering the Thanksgiving and Christmas holidays intervening since that ruling. For this same reason, I did not file a new Disclosure Statement and Plan, after this Court denied approval of my earlier versions. Interestingly, the delay in getting this Court's ruling on valuation and through today has enabled me to make significant progress on parcelization, and to continue to participate intimately in the OCTA's mitigation purchase process.

7.    Obviously, if this case is dismissed, CBC will resume its trustee's foreclosure sale, set for 7/2009, but stayed by the filing of this case. If CBC forecloses its 1st position deed of trust, it will render its $500,000 (+-) note/deed of trust unsecured, and render the existing $400,000 (+-) 3rd position note/deed of trust unsecured, and render the 4th position $35,000 (+-) note/deed unsecured. How will they be benefited by dismissal? Also, if CBC

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB                8

takes all the possible equity in LADD by foreclosure, how will all the priority and general unsecured creditors be in a better position that they are now?

8.      By 1/19/11 I intend to file a Motion to approve a new loan from Mr. Helland, and a new Disclosure Statement and Plan, with mainly liquidation features, i.e., features identical to those a Chapter 7 Trustee would employ—albeit s/he would do so at a greater cost to the estate, including broker's commissions. If I do not do so, I expect this Court will judge me accordingly. The proposed financing from Mr. Helland is clearly "in sight."

8.      I am a skilled commercial real estate broker with 24 years of full-time experience in this field. In approximately the past three years, I have been the real estate broker and/or agent in the sale of numerous commercial properties, including, but not limited to retail stores, restaurants and office buildings in various communities including, but not limited to, Orange, Lake Forest, Costa Mesa, Huntington Beach, Norco and Ontario, California. I also have been the real estate broker and/or agent in the leasing of numerous commercial properties in communities including, but not limited to Rancho Santa Margarita, Anaheim, Irvine and Ontario, California. I have been the real estate broker and/or agent in the sale of commercial/residential land in Laguna Niguel, California and my brokerage and I currently are representing a client, the owner of the parcel adjacent to my Ladd Canyon Road parcel, in the negotiation of a sale of his property to the Orange County Transportation

///
///
///
///
///
///
///
///
///
///

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB                    9

Authority for conservation/mitigation purposes. This latter property was submitted to the OCTA for potential purchase in mid-2010, and was selected for further consideration later in 2010.   In the event that such a sale is negotiated, it would likely close in early 2011.

9.    **TWO ADDITIONAL PARCELS OF SILVERADO CENTER, SILVERADO CANYON ROAD, SILVERADO, CA:** These two parcels are 3,589 sf and 6,390 sf and are zoned as neighborhood commercial, and are currently used as paved excess parking for Silverado Center.  The highest and best use of these parcels is for development of additional commercial buildings at a future time.

10.    **UNIMPROVED PARCEL, SILVERADO CANYON ROAD, SILVERADO, CA:** This parcel is a 6,000 sf in size and is zoned neighborhood commercial, located across Silverado Canyon Road from Silverado Center.  The highest and best use of this property is either for excess parking for buildings developed on the above two vacant parcels of Silverado Center or for future retail development.

11.    **28106-28222 SILVERADO CANYON ROAD, SILVERADO, CA:** This property is 1.2 acres in size and is zoned neighborhood commercial.  It includes an 1,100 sf house where I presently reside, a 1,500 sf office/retail building where I presently run my commercial real estate business, and an RV and equipment storage lot with several tenants.  Cash collateral from this property is paid monthly to the first trust deed holder, per a stipulation with it.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 12, 2011 at Silverado, California.

CARL REINHART

# EXHIBIT
# A

Carl Reinhart
SFR    Detached    RES    Active

Residential
19312 Fisher Ln
North Tustin (NTS)
Orange County (OR)

Wed, Jan 12, 2011 03:53 PM
North Tustin (NTUS)                        Ref: 1
Zip 92705-                    Price $1,075,000
XSTS Barrett/Bonita Heights    TGNO 800E5
                               Aerial Map 'H'

| | | |
|---|---|---|
| P765565 | Media: 15 | Builder Tract Custom (CUST) |
| Bed 5 | | Model (1) |
| Baths 4 | Style Contemporary, Craftsman | Stories Split Level | Floor |

View Hills View, Mountain View, Panoramic View

HOA Dues $ 0 + $ Land 0    Lse/Yr $

ASqFt 4,286 Assessor
ALotSize 13,286 Estimated
Prkng Direct Garage Access, Driveway - Concrete, Garage - Front Entry, Garage - Three Door, Garage Attached, Garage Door Opener, Guest Parking, Workbench In Garage
Garage, # cars 3 A        Rem 3

YrBlt 1979 Assessor       Land Fee
Dim Irregular             Acres

# Uncovered Spaces 1    Cprt  # Garages 3  RV Acc
                                            $: No
                                            Range
                                            $: No

There is only one of these! Bring your buyer who wants lots of living space, lots of large rooms, privacy and great views--all with Tustin schools. This Craftsman Style-influenced home is quite unique. Once you own it, you won't want to live anywhere else. NEW carpeting, appliances, paint and fixtures. This nike-new home feels even larger than its 4,286 sf. And there is potential to add more living area by enlarging one of the bedrooms. One garage space is 18' in height, and its individual garage door could be heightened for small indoor RV storage. The property includes an 11,000 sf fee parcel plus a 2,500 sf exclusive easement. One owner is a CA licensed real estate broker.
Directions North on Newport Avenue, left on Marcy, right on Barrett, left on Fisher. South on Crawford Canyon, right on Barrett, right on Fisher. Home is at the end of Fisher Lane.

==========Rooms==========

Bedrooms Master Bedroom Balcony, Master Suite, Skylight(s), Walk-in Closet    Living Rm Living Room
Kitchen Granite Counters, Open to Family Room, Remodeled    Dining Breakfast Nook, Family Room
Total Baths 4        Full Baths 3        3/4 Baths 0        1/2 Baths 0        1/4 Baths 0
Baths Desc Bidet, Double Vanity(s), Granite Vanity(s), Remodeled, Shower and Tub, Skylight(s), Sunken Tub, Tiled Shower, Tub With Jets
Other Atrium, Attic, Central Hall, Den/Office, Family Room, Formal Entry, Inside Laundry, Laundry Area, Laundry on Bedroom Level, Separate Family Room, Sun Room

==========Amenities==========

Pool No Pool
Spa Private Spa, Fiberglass, Gas Heated
TV Cable TV                                    Water Heater 50+ Gallon Tank
Firepl Family Room, Living Room / Brick, Fireplace - Glass Doors, Gas Log Fireplace, Raised Hearth, Stone / Uses Both Gas & Wood
Appliances Built-In Electric Range, Convection Oven, Cooktop - Electric, Dishwasher, Double Oven, Electric Dryer Hookup, Electric Oven, Energy Star Appliances, Garbage Disposal, Gas Dryer Hook Up, Gas Oven, Gas/Elec Dryer Hook Up, Range Hood, Trash Compactor, Vented Exhaust Fan, Water Line to Refrigerator
Other Wet Bar
High or Mid-Rise Amenities
Security Fire and Smoke Detection System

==========Interior/Exterior/Structural==========

Heating Central, Forced Air, Natural Gas, Zoned HVAC        Cooling Central, Natural Gas, Programmable Thermostat, Zoned HVAC        Floors Carpet - Partial, Concrete Slab, Hardwood - Partial, Raised Foundation, Sheet Vinyl, Stone, Vinyl Tile, Wall-to-Wall Carpet
Disability Access 2+ Access Exits, Doors w/Lever Handles, Low Pile Carpeting        Common Walls        Plumbing Partial Copper Plumbing
Entry Location Mid Level
Roof Composition/Shingle        Exterior Construction Block, Cedar Siding, Shingle
Patio Balcony(s), Covered Porch, Deck(s), Porch - Front, Wood
Cond Restored        Sprinklers Front, Rear, Side, Sprinkler Timer
Doors/Windows Wood Frame Windows
Structural Other 220V in Laundry, Faces East, Foundation - Concrete Block, Foundation - Concrete Slab, Natural Gas, Pre-wired for high speed data lines, Rain Gutters, Subfloor - Wood Other Story

==========Lot/Community/Association==========

APNO 393-083-15

Lot Backs to Trees, Cul-De-Sac, Drought Resistant Landscape, Fruit Trees, Lot Shape-Irregular, Medium Tree(s) - 20-40 Feet, Native Plant/Reduced Irrigation/Limited Turf, Not on Thru Street, Premium Lot, Private Road, Shade Trees, Single Loaded Street, Slope - Gentle, Small Tree(s) - under 20 Feet, Stone Retaining Walls, Street Paved, Street Private, Utilities - Underground

Zoning    Lot/Block/Tract 57//578

Legal Easements, Unincorporated

City Inspection Required No    Mello Roos No

Sewer In Street Paid

Water District/Public, Meter on Property    Yard Fenced-Rear, Wrought Iron

HS Dist Tustin Unified School District

Elemen Arroyo    Junior Hewes    High Sch Foothill

Amenities

Units        HOA-1 $ 0

HOA1 Fees Frequency        HOA-2 $ 0    HOA2 Fees Frequency    Builder's Name

Other Association Fees                            HOA Phone    Ext

                                                              Total HOA Dues 0

Land Fee        Land Lse/Yr $    Distance to Beach (miles)    Total HOA Dues Frequency None

==========Financial Information==========

Terms Cash, Cash To New Loan, Owner May Carry, Submit, Trade
Special Conditions Subject to Court Approval

Private Transfer Taxes No    Tax Year 2010    $8,896    Total Property Tax    Total Assessed Value $792,636

==========Showing Instructions==========

Instr Go Direct

Comp 3.5 %        Dual/Var No

Occupant Vacant Consider Lease No    Vacant Possession

Add'l Comp
LockBox See Remarks, Supra-SoCalMLS    List Type Exclusive Right To Sell or Lease/Full Service    Gate Code    Misc Principal is RE Licensee, Sign on Property

════════════════════════════════List Office/Agent Info═══════════════════════════════

List Office Peninsula Investment R.E. (PB6704)    Office 949-261-9090OfcFax 949-260-9799AgtFax 949-260-9799  Res 714-710-7135LA Direct 714-404-8020
List Agent Carl Reinhart (PREINCAR) DRE# 01250970Pager 000-0000    Cell 714-404-8020    Primary 714-404-8020 LA Toll Free
Agt E-Mail Yes                                    Agt WSite                                    Co List Office    Co/LA OfcFax
Priv Rmks Enter from the driveway up the front stairs. There is a Supra lockbox on the faucet near the front door. East to show--VACANT. No need to call
unless you have questions. This is not a short sale--the sale of the interest of one of the tenants-in-common is subject to court approval, which expected to
require approximately 30 days.
Price Excl Refrigerator
Price Includes
Phone To Show Type Vacant              Phone To Show Name Vacant                    Show Phone None
List Agent Contact Priority: L/A Preferred Phone, L/A Toll Free Phone, L/A Direct Phone, L/A Cell Phone, L/A E-mail, L/A Office Phone
Recip Listing No

════════════════════════════════Listing Activity═══════════════════════════════

| List Date 1/8/2011 | Date Added 1/12/2011 | Tran Date 1/12/2011 | DOM 1 | Exp Date 4/7/2011 | LP/SqFt $250.82 |
| Orig Price $ 1,075,000 | Prev Price $ | Cur List Price $1,075,000 | CDOM 215 | Off Market | Comp 3.5% |

The accuracy of all information, regardless of source, including but not limited to square footages and lot sizes, is deemed reliable but not guaranteed and should be personally verified
through personal inspection by and/or with the appropriate professionals. © Copyright, SoCalMLS®, Copyright, CRISNet Regional MLS®, Copyright, CARETS® CARETS

Exhibit A

# EXHIBIT
# B

**Peninsula Investment Real Estate**

**Carl Reinhart — (714) 404-8020**

Retail Property For Sale

# Silverado Center

28192 Silverado Canyon Road, Silverado, CA 92676



| | |
|---|---|
| Price: | **$725,000** |
| Building Size: | 2,100 SF |
| Price/SF: | $345.24 |
| Property Type: | Retail |
| Property Sub-type: | Street Retail |
| Property Use Type: | |
| Net Lease Investment with 2 years left on lease | |
| Commission Split: | 3% |
| Cap Rate: | 6.20% |
| Occupancy: | 100% |
| Tenancy: | Multiple |
| Lot Size: | 12,000 SF |

Last Verified  12/6/2010
Listing ID  16733382

## Description

This offering is for a multi-tenant retail building in Silverado Center, the main commercial center for the community of Silverado. The property fronts on Silverado Canyon Road. Most of the residents of Silverado must use this road as the main access road between their residence, workplace and the remainder of Orange County. The building is demised into three suites of 500, 500 and 1,100 rsf and is currently 100% occupied by two tenants, one of which leases the two smaller suites. Current leases have termination provisions, allowing the purchaser to obtain the property completely vacant, partially-leased, or fully-leased, depending on his requirements. There are currently no competing commercial spaces available for lease in the community. The property enjoys very rare Neighborhood Commercial zoning and the barriers to entry for future competing properties are extensive. The nearest available commercial space is five miles away. This offering represents a very rare opportunity to acquire a small retail property in a community with exceptional demand but little commercial space ever available. For a purchaser/user, low-rate SBA financing is available.

The Silverado and Trabuco Canyon areas are considered by many to be Orange County's version of Napa Valley. These areas are adjacent to the publicly-owned portions of the Cleveland National Forest and feature picturesque rolling hills, abundant vegetation and large areas of dedicated open space. Yet the area is only five miles north of the Irvine Spectrum, with many of the major employment centers of Orange County only 15-20 minutes distant by automobile. There are approximately 2,000 residents of Silverado and demographically, the prevalent household income range is $100,000-$149,999. The community is fast becoming a very popular destination for day visitors, with outstanding bicycling and hiking opportunities available.

Exhibit B

## Silverado Center
An Active Premium Listing

This report shows you the activity on your listing. Adjust the settings below to analyze the different ways people view your listing over different time periods:

| Viewed from Search Results ▾ | During the Last 180 days ▾ |

## Exposure Scores
Exposure scores count visits to your listing from different paths. The chart allows you to understand how your listing performs over time.

**7,853** No. times displayed in search results
Better than 65% of similar listings

**191** No. times listing viewed from search results
Better than 37% of similar listings



## Visitor Map
The visitor map displays where your listing is being viewed from and how many times it's been viewed from a location.



## Visitor Details
The visitor details summarize whether your listing was viewed by brokers or principals that reside outside or inside of the county your listing is located in.

Exhibit B

# EXHIBIT C

**Peninsula Investment Real Estate**          **Carl Reinhart — (714) 404-8020**

Retail Property For Sale

# 3,000 SF Restaurant
28222 Silverado Canyon Road, Silverado, CA 92676



| | |
|---|---|
| Price: | **$1,050,000** |
| Building Size: | 3,000 SF |
| Price/SF: | $350 |
| Property Type: | Retail |
| Property Sub-type: | Restaurant |
| Property Use Type: | Vacant/Owner-User |
| Commission Split: | 3% |
| Lot Size: | 17,000 SF |

Last Verified  12/6/2010
Listing ID  16748934

## Description

This offering is for a free-standing full-service restaurant building in Silverado Center, the main commercial center for the community of Silverado. The property fronts on Silverado Canyon Road. Most of the residents of Silverado must use this road as the main access road between their residence, workplace and the remainder of Orange County. The building is vacant, since the owner has kept it vacant for a purchaser/operator, but he has prospective tenant available if desired by an purchaser/investor. For a purchaser/user, very low-rate SBA financing is available. There are currently no competing commercial spaces available for lease in the community. The property enjoys very rare Neighborhood Commercial zoning and the barriers to entry for future competing properties are extensive. The nearest available commercial space is five miles away. This offering represents a very rare opportunity.

The Silverado and Trabuco Canyon areas are considered by many to be Orange County's version of Napa Valley. These areas are adjacent to the publicly-owned portions of the Cleveland National Forest and feature picturesque rolling hills, abundant vegetation and large areas of dedicated open space. Yet the area is only five miles north of the Irvine Spectrum, with many of the major employment centers of Orange County only 15-20 minutes distant by automobile. There are approximately 2,000 residents of Silverado and demographically, the prevalent household income range is $100,000-$149,999. The community is fast becoming a very popular destination for day visitors, with outstanding bicycling and hiking opportunities available.

**Map of 28222 Silverado Canyon Road, Silverado, CA 92676 (Orange County)**

Exhibit C

# 3,000 SF Restaurant

An Active Premium Listing

This report shows you the activity on your listing. Adjust the settings below to analyze the different ways people view your listing over different time periods:

| Viewed from Search Results ▾ | During the Last 180 days ▾ |

## Exposure Scores

Exposure scores count visits to your listing from different paths. The chart allows you to understand how your listing performs over time.



**8,135** No. times displayed in search results
Better than 80% of similar listings

**180** No. times listing viewed from search results
Better than 67% of similar listings

## Visitor Map

The visitor map displays where your listing is being viewed from and how many times it's been viewed from a location.



## Visitor Details

The visitor details summarize whether your listing was viewed by brokers or principals that reside outside or inside of the county your listing is located in.

Exhibit C

# EXHIBIT
# D

00396



**OCTA**

AFFILIATED AGENCIES

Orange County
Transit District

Local Transportation
Authority

Service Authority for
Freeway Emergencies

Consolidated Transportation
Service Agency

Congestion Management
Agency

Service Authority for
Abandoned Vehicles

December 15, 2010

Mr. Carl Reinhart
PO Box 4476
Irvine, CA 92616-4476

RE: Measure M2 Environmental Mitigation Program Call for Candidate
Acquisition Properties

Dear Mr. Carl Reinhart:

The Orange County Transportation Authority (OCTA) is interested in acquiring
properties for the Measure M2 (M2) Freeway Environmental Mitigation Program
(Mitigation Program). The M2 Environmental Oversight Committee (EOC) is
soliciting potential conservation sites and seeking eligible property
owners/managers, conservation and community groups, and local government
entities who may be interested in participating or nominating acquisition
properties. **Property owners that have previously submitted their
properties need not re-apply unless they have withdrawn their property
from further consideration and would like it re-considered at this time.**

Interested participants can submit their property information online at
www.octa.net/myproperty or complete and return the enclosed property
information form by January 14, 2011. This form has been updated to assist
you in providing OCTA with important property details. For more information
regarding the Mitigation Program, please refer to the enclosed "Freeway
Mitigation Program Fast Facts."

During the first round of submissions, OCTA received over 100 potential
acquisition sites and restoration projects, and built an inventory of potential
habitat conservation sites that may be eligible for funding through OCTA's
Mitigation Program. The baseline for the inventory was formed by the Green
Vision Map, a comprehensive listing of potential conservation opportunities in
Orange County developed by a consortium of non-governmental environmental
groups. Using the Green Vision Map, OCTA embarked on a countywide
assessment for conservation opportunities. This countywide assessment is
available online at www.octa.net/eoc.

*(over)*

Exhibit D

Page 2

On November 22, 2010, the OCTA Board of Directors (Board) authorized staff to begin negotiations to acquire up to $42 million worth of properties. Concurrently, the Board also directed staff to allow interested participants to submit additional candidate acquisition properties. An assessment team will evaluate all new acquisition property submissions and use the same biological and non-biological criteria approved during the first round of evaluations. Note this program is voluntary and will not include the use of eminent domain. All landowners must agree to have their property evaluated and, where/when appropriate, appraised for its current fair market value. The program's goal is to comprehensively mitigate (off-set) impacts from the M2 freeway projects, and fit within the working budget.

The enclosed application includes a set of eligibility criteria to enable the assessment team to adequately evaluate the property's conservation value and alignment with this Mitigation Program. With your assistance, we can continue to build the inventory so that we have a complete understanding of what available conservation sites exist within Orange County. The EOC strongly supports a fair and open process that allows all community partners to participate and we encourage you to offer input during this property solicitation phase.

Please note, a second solicitation round for restoration projects will occur at a later date. *This letter only invites new or previously withdrawn properties for acquisition consideration.*

If you have questions about the Mitigation Program, please contact Marissa Espino, Senior Community Relations Specialist, at (714) 560-5607 or at mespino@octa.net.

Sincerely,

Patricia Bates
OCTA Board of Directors Member
Chair, Environmental Oversight Committee

PB:dp
Attachments

c:  OCTA Board of Directors
    EOC Members

Exhibit D

**CARL H. REINHART**
POST OFFICE BOX 4476
IRVINE, CALIFORNIA  92616

January 10, 2011

Orange County Transportation Authority
Attn: Ms. Marissa Espino
550 South Main Street
Post Office Box 14184
Orange, CA  92863-1584

Dear Ms. Espino:

This letter is in response to OCTA's letter to me dated December 15, 2010, in regard to your request for submissions of properties to be considered for purchase under the Measure M2 Environmental Mitigation Program.  My entire Ladd Canyon, Silverado property (APN:  105-051-11) was submitted for consideration previously,  however I later learned that since a portion of the property had been disturbed by previous grading, it was more likely that the OCTA would wish to consider a purchase of solely the non-disturbed portion of the property.  I would like to hereby replace my previous submittal with a submittal of the non-disturbed 78.8 acre portion of my property.   This offering is described in more detail on the attached pages.

My property was ranked in the recent Conservation Assessment of Orange County as currently having Medium Positional Priority.  I have spoken with the author of the above report, who explained to me that the algorithm used in the preparation of the report is likely to modify the current positional priority of a property upward when adjacent properties are conserved.  Consequently, in the event your acquisition plans include the eventual purchase of the Baker Square, LLC or the Holtz Ranch properties, your present consideration of the acquisition of my property would be timely, as I believe that my property's positional priority rating may likely be modified upward to High Positional Priority in the event that either of the above two properties are conserved.  Present plans may include processing of an application by me or by a third-party for a tentative tract map for the 78.8 acres in 2011.  Such a map will provide for immediate agricultural use and some future rural residential development if the property is not considered a viable candidate for conservation and/or mitigation.

I would appreciate your providing  copies of this letter to the members of the Environmental Oversight Committee.  Thanks for your help in this matter.

Sincerely,

Carl H. Reinhart

CHR/bm
Enclosures:

Exhibit D

**Orange County Transportation Authority**
**January 10, 2011**
**Page 2**

**Description of Offering**
**Plat Map, Western Ladd Canyon Area**
**Topographic Map of 78.8 Acre Subject**
**Conservation Assessment of Orange County, Page 28**
**2010/11 Acquisition Properties Call for Projects Questionnaire**

Exhibit D

| In re: CARL H. REINHART, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-16774 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa And, CA  92701**

A true and correct copy of the foregoing document **OPPOSITION BY DEBTOR TO MOTION FOR CONVERSION OR DISMISSAL; DECLARATION OF CARL REINHART; MOTION FOR CONTINUANCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 12, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
**T**hose on the attached list will be served by U.S. Mail

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 12, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Hon. Theodor Albert - Courtesy Copy – 411 W. Fourth Street, Room 5097, Santa Ana, CA  92701 (Via Personal Delivery by O.C. Corporate Courier)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 12, 2011** | **IMELDA BYNOG** | /s/ *Imelda Bynog* |
|---|---|---|
| Date | Type Name | Signature |

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB          12

| In re: CARL H. REINHART, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-16774 TA |

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Alan Steven Wolf    wdk@wolffirm.com
- Evan C Borges    eborges@irell.com, bblythe@irell.com
- Deborah Conley    bkmail@prommis.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- John D Schlotter    ecfmail@aclawllp.com
- Patrick T Sullivan    patricksullivan@lambertrogers.com
- David A Tilem    davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- Linh K Tran    bline.chapter13@blinellc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Alan Steven Wolf    wdk@wolffirm.com

## TO BE SERVED VIA EMAIL

**Stephen F. Lambert** - slambert@lambertrogers.com

**Jim T. Tice** - Jim.T.Tice@gmail.com

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana. CA
92701
(714) 541-6072

Reinhart/Opp-by-DR-M-Convert-or-Dismissal-by-CCB        12