David A. Tilem (Bar No. 103825)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Tel: 818-507-6000 * Fax: 818-507-6800
Email: DavidTilem@TilemLaw.com

Attorneys for Creditor Sandra Larsen,
Trustee of The Kenneth Koll Trust of
The Walter Koll Trust

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Case No. 8:09-16774-TA |
| | ) Chapter 11 |
| CARL H. REINHART, | ) OPPOSITION TO MOTION BY <br> ) COMMERCIAL BANK OF CALIFORNIA TO <br> ) CONVERT OR DISMISS CASE |
| | ) Date: January 26, 2011 <br> ) Time: 10:30 a.m. |
| Debtor. | ) CtRm: 5B |

Sandra Larsen, as Trustee of The Kenneth Koll Trust of The Walter Koll Trust ("Larsen") opposes the pending motion by Commercial Bank of California to dismiss or convert the case.

Larsen acknowledges and agrees that this case is rapidly reaching the stagnation, but believes, on balance, that Debtor should be given one final opportunity to move the case forward in a substantial way. Larsen notes that Debtor has finally filed a borrowing motion - a good first step.

Debtor should be given a firm deadline for filing his revised plan and disclosure statement. If it cannot be done, then conversion or dismissal must both be considered.

1 | Larsen suggests that the motion be continued to the deadline
2 | date.

3 | Dated: January 20, 2011

LAW OFFICES OF DAVID A. TILEM

By: _____
David A. Tilem, Attorneys
for Sandra Larsen, Trustee
of The Kenneth Koll Trust
of The Walter Koll Trust

| In re: Carl Reinhart | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:09-16774-TA |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201
Glendale, CA 91206

A true and correct copy of the foregoing document described as  Opposition to Motion by Commercial Bank of California to Convert or Dismiss Case    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  1/21/11   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  1/21/11   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Theodor C. Albert (ODS messenger)
United States Bankruptcy Court
411 W. Fourth Street, #5085
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/21/11 | Malissa Murguia | _Malissa Murguia_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

**ADDITIONAL SERVICE INFORMATION (if needed):**

* Evan C Borges    eborges@irell.com, bblythe@irell.com
* Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
* Christopher M McDermott    ecfcacb@piteduncan.com
* R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
* John D Schlotter    bkmail@mrdefault.com
* Patrick T Sullivan    patricksullivan@lambertrogers.com
* David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; dianachau@tilemlaw.com; kmishigian@tilemlaw.com
* Linh K Tran    bline.chapter13@blinellc.com
* United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
* Alan Steven Wolf    wdk@wolffirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1