UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| CARL HEINZ REINHART | Case Number: 8:09-bk-16774-TA |
| | Operating Report Number: 18 |
| Debtor(s). | For the Month Ending: 12/31/2010 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        179,750.29

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        179,275.40

3. BEGINNING BALANCE:        798.50        0.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing        _____
   Accounts Receivable - Pre-filing        _____
   General Sales        10,280.00
   Other (Specify) INTEREST ON CHECKING ACCT.        .03
   **Other (Specify)        _____

   TOTAL RECEIPTS THIS PERIOD:        10,280.03        0.00

5. BALANCE:        11,078.53        0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)        350.00        0.00
   Disbursements (from page 2)        9690.80        0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***        10,040.80        0.00

7. ENDING BALANCE:        1,037.73        0.00

8. General Account Number(s):        2578517126

   Depository Name & Location:        WELLS FARGO BANK
   18356 IRVINE BOULEVARD
   TUSTIN, CA 92780

---

*   All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/01/2010 | 1587 | PUBLIC STORAGE | STORAGE SPACE RENTAL | | 231.10 | 0.00 |
| 12/01/2010 | 1585 | STATE FARM | AUTOMOBILE INSURANCE | | 165.14 | 0.00 |
| 12/01/2010 | 1582 | STATE FARM | FISHER LN INSURANCE PREMIUM | | 124.75 | 0.00 |
| 12/02/2010 | — | LOOPNET | SUBSCRIPTION DATA SERV. | | 31.46 | 0.00 |
| 12/02/2010 | 1583 | COX COMMUN CAP | TELECOMMUNICATIONS SERV | | 245.61 | 0.00 |
| 12/02/2010 | 1586 | THE GAS COMPANY | FISHER LN SERVICE | | 17.57 | 0.00 |
| 12/03/2010 | — | WELLS FARGO BK | FEES | | 35.00 | 0.00 |
| 12/09/2010 | 1598 | FIRST INS FUNDING | 14311 LC RD - INS PREMIUM | | 442.30 | 0.00 |
| 12/09/2010 | 1597 | THE HARTFORD | 28162 SCR - INS PREMIUM | | 81.32 | 0.00 |
| 12/13/2010 | 1595 | STATE FARM | 96 LEXUS INSURANCE PREMIUM | | 206.40 | 0.00 |
| 12/13/2010 | 1596 | ING ANNUITY | LIFE INS PREMIUM | | 6.26 | 0.00 |
| 12/14/2010 | 1599 | CIG | INS PREMIUM - 28192-28222 SCR | | 300.00 | 0.00 |
| 12/14/2010 | 1601 | SCE | 14311 LC RD ELECTRICITY | | 110.50 | 0.00 |
| 12/14/2010 | 1607 | EAST OC WATER DIST | FISHER LN WATER SERV | | 108.50 | 0.00 |
| 12/14/2010 | 1602 | SCE | 19312 FISHER LN - ELECTRICITY | | 93.64 | 0.00 |
| 12/14/2010 | 1600 | SCE | 14311 LC RD ELECTRICITY | | 29.82 | 0.00 |
| 12/16/2010 | 1605 | SCE | 28162 SCR ELECTRICITY | | 195.30 | 0.00 |
| 12/16/2010 | 1606 | SCE | 28162 SCR ELECTRICITY | | 176.89 | 0.00 |
| 12/16/2010 | 1588 | SCE | 28222 SCR ELECTRICITY | | 147.99 | 0.00 |
| 12/16/2010 | 1590 | FRWD | 28192-28222 SCR WATER SERV | | 77.78 | 0.00 |
| 12/16/2010 | 1589 | SCE | 28192 SCR ELECTRICITY | | 56.95 | 0.00 |
| 12/16/2010 | 1591 | FRWD | 28192-28222 SCR WATER SERV | | 55.24 | 0.00 |
| 12/16/2010 | 1603 | FRWD | 28162 SCR WATER SERV. | | 30.28 | 0.00 |
| 12/17/2010 | — | C REINHART | LIVING EXPENSES | | | 80.00 | 0.00 |
| 12/20/2010 | — | OC REGISTER | NEWSPAPER SUBSCRIPTION | | 16.32 | 0.00 |
| 12/21/2010 | — | OC TOLL ROADS | ROAD TOLLS | | 55.00 | 0.00 |
| 12/21/2010 | — | HOME DEPOT | REPAIR SUPPLIES - 28106 SCR | | 77.06 | 0.00 |
| 12/21/2010 | — | OC REGISTER | NEWSPAPER SUBSCRIPTION | | 10.93 | 0.00 |
| 12/22/2010 | — | C REINHART | TRANSFER TO CCA - 28106-28192 | 350.00 | | 0.00 |
| 12/23/2010 | — | LOOPNET | SUBSCRIPTION DATA SERVICE | | 109.95 | 0.00 |
| 12/23/2010 | — | C REINHART | LIVING EXPENSES | | | 300.00 | 0.00 |
| 12/23/2010 | 1609 | EXTRA SPACE STOR | STORAGE SPACE RENTAL | | 285.00 | 0.00 |
| 12/24/2010 | — | C REINHART | LIVING EXPENSES | | | 200.00 | 0.00 |
| 12/24/2010 | — | C REINHART | LIVING EXPENSES | | | 100.00 | 0.00 |
| 12/27/2010 | — | ALBERTSONS | FOOD | | 21.75 | 0.00 |
| 12/27/2010 | — | INDIA COOK HSE | DINING ENTERTAINMENT | | 48.07 | 0.00 |
| 12/27/2010 | — | C REINHART | LIVING EXPENSES | | | 300.00 | 0.00 |
| 12/27/2010 | — | STATER BROS | FOOD | | 66.88 | 0.00 |
| 12/27/2010 | — | C REINHART | LIVING EXPENSES | | | 300.00 | 0.00 |
| 12/27/2010 | — | TRADER JOES | FOOD | | 36.97 | 0.00 |
| 12/27/2010 | 1622 | SPRINT COMM | TELECOMMUNICATIONS SERV. | | 252.32 | 0.00 |
| 12/27/2010 | 1613 | COX COMMUNICAT. | TELECOMM SERVICES | | 246.17 | 0.00 |
| 12/27/2010 | 1619 | WASTE MGMT OF OC | FISHER SERVICE - RUBBISH | | 46.11 | 0.00 |
| 12/28/2010 | — | US POSTAL SERVICE | POSTAGE | | 8.80 | 0.00 |
| 12/28/2010 | — | WHOLESOME CHOICE | FOOD | | 16.09 | 0.00 |
| 12/28/2010 | — | STAPLES | BUSINESS SUPPLIES | | 15.31 | 0.00 |
| 12/28/2010 | — | STATER BROS | FOOD | | 23.63 | 0.00 |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

SEE TOTALS ON NEXT PAGE

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/28/2010 | — | C. REINHART | REPAIRS - 14311 LCRD, 28162 SCR | | | 300.00 | 0.00 |
| 12/28/2010 | 1620 | US TRUSTEE | QUARTERLY FEES | | 650.00 | 0.00 |
| 12/28/2010 | 1623 | FIRST INS. FUNDING | LADD CANYON RD INS. PGM. | | 464.42 | 0.00 |
| 12/28/2010 | 1615 | ST FARM | INS PREM. - FISHER LANE | | 124.75 | 0.00 |
| 12/28/2010 | 1611 | HARTFORD INS. | INS PREM 28106-28162 SCR | | 81.32 | 0.00 |
| 12/28/2010 | 1592 | IRWD | 28192-28222 SCR WATER SERV. | | 77.76 | 0.00 |
| 12/28/2010 | 1593 | IRWD | 28192-28222 SCR WATER SERVICE | | 55.23 | 0.00 |
| 12/28/2010 | 1604 | IRWD | 28162 SCR WATER SERVICE | | 25.43 | 0.00 |
| 12/29/2010 | — | DEPT OF REAL EST. | RENEWAL R.E. LICENSE | | 450.00 | 0.00 |
| 12/29/2010 | — | US POSTAL SERV. | POSTAGE | | 6.10 | 0.00 |
| 12/29/2010 | 1616 | R CLARK | LEGAL FEES | | 306.25 | 0.00 |
| 12/29/2010 | 1618 | R CLARK | LEGAL FEES | | 50.00 | 0.00 |
| 12/29/2010 | 1612 | NEWPORT MEDICINE | COPAY EXAM | | 40.00 | 0.00 |
| 12/29/2010 | 1617 | R CLARK | LEGAL FEES | | 37.50 | 0.00 |
| 12/29/2010 | 1614 | THE GAS COMPANY | FISHER LANE GAS SERVICE | | 19.76 | 0.00 |
| 12/30/2010 | — | STATER BROS | FOOD | | 51.07 | 0.00 |
| 12/30/2010 | 1621 | SO CALIF GAS CO. | FISHER LANE GAS SERVICE | | 17.13 | 0.00 |
| 12/31/2010 | — | HITCHING POST | PET SUPPLIES | | 43.49 | 0.00 |
| 12/31/2010 | — | ACE HDWE | REPAIRS - 28162 SCR | | 20.61 | 0.00 |
| 12/31/2010 | — | TIGER DIRECT | BUSINESS EQUIPMENT | | 585.12 | 0.00 |
| 12/31/2010 | — | C REINHART | LIVING EXPENSES, REPAIRS 14311 | | | 300.00 | 0.00 |
| 12/31/2010 | — | SMART & FINAL | FOOD, SUPPLIES | | 167.60 | 0.00 |
| 12/31/2010 | 1633 | PUBLIC STORAGE | STORAGE UNIT RENTAL | | 231.10 | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 350.00 | 7810.80 | 1,880.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

TOTAL OF ALL 3 COLUMNS:
$10,040.80

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: 12/31/2010    Balance on Statement: 1037.73

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 12/31/2010 | 2,000.00 |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT    2,000.00  0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1625 | 12/26/2010 | 122.45 |
| 1626 | 12/26/2010 | 33.10 |
| 1627 | 12/26/2010 | 83.31 |
| 1628 | 12/28/2010 | 67.65 |
| 1629 | 12/28/2010 | 86.99 |
| 1630 | 12/28/2010 | 219.17 |
| 1632 | 12/28/2010 | 344.06 |
| 1634 | 12/30/2010 | 25.36 |
| 1635 | 12/30/2010 | 55.23 |
| 1636 | 12/30/2010 | 77.76 |
| 1638 | 12/30/2010 | 76.49 |
| 1640 | 12/30/2010 | 95.50 |
| 1641 | 12/30/2010 | 124.75 |
| 1642 | 12/30/2010 | 204.41 |
| 1644 | 12/30/2010 | 81.32 |

TOTAL OUTSTANDING CHECKS:    1692.55  0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    1344.88  $0.00

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment    Page 3 of 16

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CARL HEINZ REWHART<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 8:09-bk-16774-TA<br>Operating Report Number: 18<br>For the Month Ending: 12/31/2010 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          53,102.14

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
    ACCOUNT REPORTS          2486.50

3.  BEGINNING BALANCE:          50,615.64    0.00

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing          _____
    Accounts Receivable - Pre-filing           _____
    General Sales          3599.82
    Other (Specify)  _____    2.13
    **Other (Specify)  _____    _____

    TOTAL RECEIPTS THIS PERIOD:          3601.95    0.00

5.  BALANCE:          54,217.59    0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)          0.00
    Disbursements (from page 2)          992.67    0.00

    TOTAL DISBURSEMENTS THIS PERIOD:***          992.67    0.00

7.  ENDING BALANCE:    NOTE: SEE BANK RECONCILATION
    PAGE FOR THIS ACCOUNT          53,224.92    0.00
    ATTACHED HEREIN

8.  General Account Number(s):          2518517134
                                        WELLS FARGO BANK
    Depository Name & Location:          18356 IRVINE BOULEVARD
                                        TUSTIN, CA 92780

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

GENERAL ACCOUNT

BANK RECONCILIATION *FOR CASH COLLATERAL ACCOUNT FOR 28192 – 28222 SILVERADO CANYON RD*

Bank statement Date: __12/31/2010__   Balance on Statement: __53,224.92__

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 2159 | 12/29/2010 | 50,276.35 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                          | 50,276.35 0.00 |

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                               | 2948.57 $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

36

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>CARL HEINZ REINHART<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number: 8:09-bk-16774-TA<br>Operating Report Number: 18<br>For the Month Ending: 12/31/2010 |
|---|---|

CASH COLLATERAL ACCOUNT FOR PROPERTY LOCATED AT 28106-28162 SILVERADO CANYON RD SILVERADO, CA

I. CASH RECEIPTS AND DISBURSEMENTS
~~A. (GENERAL ACCOUNT*)~~

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 6648.49

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 6792.49

3. BEGINNING BALANCE: — 6.02 | 0.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales — 225.00
   Other (Specify) INTEREST ON CHECKING ACCT. — .01
   **Other (Specify) NON-RESTRICTED CASH CONTRIBUTION BY DEBTOR — 350.00

   TOTAL RECEIPTS THIS PERIOD: — 575.01 | 0.00

5. BALANCE: — 581.03 | 0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) — 0.00
   Disbursements (from page 2) — 550.00 | 0.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** — 550.00 | 0.00

7. ENDING BALANCE: *DISBURSEMENT CHECK TO SPS/FIRST FRANKLIN FOR $550 HAD NOT BEEN CASHED AS OF 12/31/2010. — 31.03 | 0.00

8. General Account Number(s): 3980625333
   Depository Name & Location: WELLS FARGO BANK
   18356 IRVINE BOULEVARD
   TUSTIN, CA 92780

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| CARL HEINZ REINHART | Case Number: 8:09-bk-16774-TA |
| Debtor(s). | Operating Report Number: 18 |
| | For the Month Ending: 12-31-2010 |

CASH COLLATERAL ACCOUNT FOR PROPERTY AT SILVERADO CANYON RD, SILVERADO, CA

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          300.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          100.00

3. BEGINNING BALANCE:          200.00          0.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing          _____
   Accounts Receivable - Pre-filing          _____
   General Sales          _____
   Other (Specify)          _____          _____
   **Other (Specify)          _____          _____

   TOTAL RECEIPTS THIS PERIOD:          0          0.00

5. BALANCE:          200.00          0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)          0          0.00
   Disbursements (from page 2)          0          0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***          0          0.00

7. ENDING BALANCE:          200.00          0.00

8. General Account Number(s):          3980625382

   Depository Name & Location:          WELLS FARGO BANK
                                        18356 IRVINE BOULEVARD
                                        TUSTIN, CA 92780

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
      to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

I. CASH RECEIPTS AND DISBURSEMENTS

B. (PAYROLL ACCOUNT)

*None*

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS    _____

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS    _____

3. BEGINNING BALANCE:    | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account)    _____

5. BALANCE:    | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***    | 0.00 |

7. ENDING BALANCE:    | 0.00 |

8. PAYROLL Account Number(s):    _____
_____

Depository Name & Location:    _____
_____
_____

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

PAYROLE ACCOUNT
BANK RECONCILIATION

*NONE*

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                         | 0.00 |

Bank statement Adjustments:                                       _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            | $0.00 |

* It is acceptable to replace this form with a similar form          Page 6 of 16
** Please attach a detailed explanation of any bank statement adjustment

I.  CASH RECEIPTS AND DISBURSEMENTS

C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS  _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS  _____

3.  BEGINNING BALANCE:  | 0 |

4.  RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account)  _____

5.  BALANCE:  | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***  | 0.00 |

7.  ENDING BALANCE:  | 0.00 |

8.  TAX Account Number(s):  _____

Depository Name & Location:  _____
_____
_____

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                              | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                            | 0.00 |

Bank statement Adjustments:                                          _____
Explanation of Adjustments-

|                                                                          |

ADJUSTED BANK BALANCE:                                              | $0.00 |

* It is acceptable to replace this form with a similar form                Page 9 of 16
** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 1037.73 |
| Payroll Account: | |
| Tax Account: | |
| *Other Accounts: CASH COLLATERAL ACCT # 2578517134 | 53,224.92 |
| CASH COLLATERAL ACCT # 3980625333 | 31.03 |
| CASH COLLATERAL ACCT # 3980625362 | 200.00 |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**            54,493.68  0.00

## Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**            0   0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| WELLS FARGO HOME MORT. | MO | 3,000 | 18 | 54,000 |
| FRANKLIN CREDIT | MO | 856 | 18 | 15,408 |
| R H NEWLE TRUST | MO | 1,250 | 18 | 22,500 |
| G & E MINCHELLO | MO | 500 | 18 | 9,000 |
| R H NEWLE TRUST | MO | 935 | 18 | 16,830 |
| G HELLAND | — | NONE | — | — |
| CCRC FARMS, LLC | MO | 3,250 | 0 | 6,000 |
| THE KOLL TRUST | MO | 8,333 | 18 | 149,994 |
| FIRST FRANKLIN | MO | 3,200 | 18 PARTIAL PMTS MADE PER STIPULATION | 50,752 |
| THE KOLL TRUST | MO | 3,250 | 18 | 58,500 |
| COMM BK OF CA | MO | 12,000 | 18 | 216,000 |
| MAIN STREET S&LL | MO | 3,200 | 18 | 57,600 |
| MAIN STREET SA LLC | MO | 375 | 18 | 6,750 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 663,334 | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | 70,000 | 82,000 * | |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

* includes pre-petition

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
| | | Pre-Petition | Post-Petition |
| 30 days or less | 36349 | | |
| 31 - 60 days | 39904 | | |
| 61 - 90 days | 39704 | | |
| 91 - 120 days | 39750 | | |
| Over 120 days | 560,849 | | |
| TOTAL: | 816 556   0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | ST FARM | $300,000 | 05/11/2011 | 09/11/2011 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | ST FARM | $300,000 | 05/11/2011 | 05/11/2011 |
| Others: _____ | | | | |
| | | | | |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 09/30/2009 | 26,062.82 | 650.00 | 11/12/2009 | 650.00 | 0   0.00 |
| 12/31/2009 | 60,513.34 | 650.00 | 02/08/2010 | 650.00 | 0   0.00 |
| 03/30/2010 | 45,993.28 | 650.00 | 05/25/2010 | 650.00 | 0   0.00 |
| 06/30/2010 | 26,091.43 | 650.00 | 09/24/2010 | 650.00 | 0   0.00 |
| 09/30/2010 | 14,332.89 | 650.00 | 12/23/2010 | 650.00 | 0   0.00 |
| 12/31/2010 | 22,525.15 | 650.00 | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 3900.00   0.00 | | 3250.00   0.00 | 650.00   0.00 |

DUE 01/31/2011

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

| | Current Month | | Cumulative Post-Petition | |
|---|---|---|---|---|
| **Sales/Revenue:** | | | | |
| Gross Sales/Revenue | 10,280.03 | | 168,035.27 | |
| Less: Returns/Discounts | | | | |
| Net Sales/Revenue | 10,280.03 | 0.00 | 168,035.27 | 0.00 |
| **Cost of Goods Sold:** | | | | |
| Beginning Inventory at cost | | | | |
| Purchases | | | | |
| Less: Ending Inventory at cost | | | | |
| Cost of Goods Sold (COGS) | | 0.00 | | 0.00 |
| **Gross Profit** | 10,280.03 | 0.00 | 168,035.27 | 0.00 |
| Other Operating Income (Itemize) | 4176.96 | | 63,636.42 | |
| **Operating Expenses:** | | | | |
| Payroll - Insiders | | | | |
| Payroll - Other Employees | | | | |
| Payroll Taxes | | | | |
| Other Taxes (Itemize) | | | | |
| Depreciation and Amortization | 15,000.00 | | 210,000.00 | |
| Rent Expense - Real Property | 1248.46 | | 22,472.28 | |
| Lease Expense - Personal Property | | | | |
| Insurance | | | | |
| Real Property Taxes | 4166.00 | | 74,988.00 | |
| Telephone and Utilities | 1050.00 | | 19,810.00 | |
| Repairs and Maintenance | 750.00 | | 11,900.00 | |
| Travel and Entertainment (Itemize) | 450.00 | | 5,900.00 | |
| Miscellaneous Operating Expenses (Itemize) | 750.00 | | 14,950.00 | |
| Total Operating Expenses | 23,414.46 | 0.00 | 420,020.28 | 0.00 |
| Net Gain/(Loss) from Operations | (8957.47) | 0.00 | (188,349.59) | 0.00 |
| **Non-Operating Income:** | | | | |
| Interest Income | | | | |
| Net Gain on Sale of Assets (Itemize) | | | | |
| Other (Itemize) | | | | |
| Total Non-Operating income | 0 | 0.00 | 0 | 0.00 |
| **Non-Operating Expenses:** | | | | |
| Interest Expense | 33,708.00 | | 606,744.00 | |
| Legal and Professional (Itemize) | 4,000.00 | | 49,500.00 | |
| Other (Itemize) | | | | |
| Total Non-Operating Expenses | 37,708.00 | 0.00 | 656,244.00 | 0.00 |
| **NET INCOME/(LOSS)** | (46,215.68) | 0.00 | (844,202.80) | 0.00 |

(Attach exhibit listing all itemizations required above)

## X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | 10,253,500.00 | |
| Unrestricted Cash | 1037.73 | |
| Restricted Cash | 4217.33 | |
| Accounts Receivable | 5000.00 | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | 10,000.00 | |
| Total Current Assets | | 10,273,755.06    0.00 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0    0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0    0.00 |
| TOTAL ASSETS | | 10,273,755.06    0.00 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 2,000.00 | |
| Taxes Payable | 5,000.00 | |
| Notes Payable | | |
| Professional fees | 15,000.00 | |
| Secured Debt | 663,334.00 | |
| Other (Itemize) INT ON UNSECURED DEBT | 85,000 | |
| Total Post-petition Liabilities | | 770,334.00    0.00 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 5,593,130.00 | |
| Priority Liabilities | | |
| Unsecured Liabilities | 462,960.00 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 6,056,090.00    0.00 |
| TOTAL LIABILITIES | | 6,826,424.00    0.00 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 4,195,760.03 | |
| Post-petition Profit/(Loss) | (748,428.97) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | 3,447,331.06    0.00 |
| TOTAL LIABILITIES & EQUITY | | 10,273,755.06    0.00 |

XI. QUESTIONNAIRE

|  | | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

_____

|  | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

_____

3.

State what progress was made during the reporting period toward filing a plan of reorganization

PLAN WAS FILED, WAITING FOR PLAN CONFIRMATION HEARING

4. Describe potential future developments which may have a significant impact on the case:

SALE OF FISCHER LANE PROPERTY, SALE OF 28192-28222 SILVERADO CANYON RD PROPERTIES

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.   NONE

|  | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

_____

I,   CARL HEINZ REINHART
[enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

01/15/2011
_____
Date

_____
Principal for debtor-in-possession



# PMA ® Wells Fargo® PMA Package

If you have questions about this statement or
your accounts:

Phone: **1-800-742-4932**, *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932 , *TTY:* 1-888-355-6052
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

CARL H REINHART
DEBTOR IN POSSESSION
CH 11 CASE 09-16774 (CCA)
PO BOX 4476
IRVINE CA 92616-4476

## December 31, 2010

| | |
|---|---|
| **Total assets:** | **$55,043.68** |
| Last month: | $51,620.16 |
| Change in $: | $3,423.52 |
| Change in %: | 6.63% |

| | |
|---|---|
| **Total liabilities:** | **$302,675.18** |
| Last month: | $302,675.18 |
| Change in $: | $0.00 |
| Change in %: | 0.00% |

| | |
|---|---|
| *PMA* Qualifying Balance: | **$85,311.19** |

### Contents

Contents                                                    Page
Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . 2
PMA® Prime Checking Account. . . . . . . . . . . . . . . 3
Other Checking (3). . . . . . . . . . . . . . . . . . . . . 7
Home Mortgage. . . . . . . . . . . . . . . . . . . . . . .10

(114)
233790



# Overview of your PMA account

## Assets

| Account   (Account Number) | Percent of total | Balance last month  ($) | Balance this month  ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| PMA® Prime Checking Account  (2578517126) | 2% | 798.50 | 1,037.73 | 239.23 | 29.96% |
| Complete Advantage ® Checking  (2578517134) | 97% | 50,615.64 | 53,224.92 | 2,609.28 | 5.16% |
| Complete Advantage ® Checking  (3980625333) | 1% | 6.02 | 581.03 | 575.01 | 9,551.66% |
| Complete Advantage ® Checking  (3980625382) | <1% | 200.00 | 200.00 | 0.00 | 0.00% |
| **Total assets** | | **$51,620.16** | **$55,043.68** | **$3,423.52** | **6.63%** |

**Total asset allocation (by account type)**



Checking: 100%

## Liabilities

| Account   (Account Number) | Percent of total | Outstanding balance last month  ($) | Outstanding balance this month  ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|
| Home Mortgage  (708-0030844302) | 100% | 302,675.18 | 302,675.18 | 0.00 | 0.00% |
| **Total liabilities** | | **$302,675.18** | **$302,675.18** | **$0.00** | **0.00%** |

**Total liability allocation (by account type)**



Home Mortgage: 100%

## Interest, dividends and other income

The information   below should not be used for tax planning   purposes.

| Account | This month | This year |
|---|---|---|
| PMA® Prime Checking Account  (2578517126) | 0.03 | 0.23 |
| Complete Advantage ® Checking  (2578517134) | 2.13 | 18.21 |
| Complete Advantage ® Checking  (3980625333) | 0.01 | 0.19 |
| **Total interest, dividends and other income** | **$2.17** | **$18.63** |

**WELLS FARGO**

# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---|
| Balance on 12/1 | 798.50 |
| Deposits/Additions | 10,280.03 |
| Withdrawals/Subtractions | - 10,040.80 |
| **Balance on 12/31** | **$1,037.73** |

Account number: **2578517126**

**CARL H REINHART**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-16774 (CCA)**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.03 |
| Average collected balance this month | $628.88 |
| Annual percentage yield earned | 0.06% |
| Interest paid this year | $0.23 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 12/1** | | | | **798.50** |
| 12/1 | Check | 1587 | | 231.10 | |
| 12/1 | State Farm Ro 08 Pymt 1585 | ^1585 | | 165.14 | |
| 12/1 | State Farm Ro 08 Pymt 1582 | ^1582 | | 124.75 | 277.51 |
| 12/2 | Check Crd Purchase 11/30 Loopnet Inc 415-2434200 CA 434256Xxxxxx2244 336040009056319 ?McC=5969 01 | | | 31.46 | |
| 12/2 | Cox Comm - Org Check Pymt 120110 01583 | ^1583 | | 245.61 | |
| 12/2 | Socalgas Arc Pymt 101201 1586 153110980070541 | ^1586 | | 17.57 | -17.13 |
| 12/3 | Overdraft Fee | | | 35.00 | |
| 12/3 | Deposit | | 20.00 | | -32.13 |
| 12/7 | Online Transfer Ref #Ibexd5V4Dm From Business Checking Xxxxxx2807 On 12/07/10 | | 1,000.00 | | 967.87 |
| 12/9 | Deposit | | 250.00 | | |
| 12/9 | Check | 1598 | | 442.30 | |
| 12/9 | Hartford Fire IN Checkpymt 101209 01597 00000000000013068173 | ^1597 | | 81.32 | 694.25 |
| 12/13 | Deposit | | 500.00 | | |
| 12/13 | State Farm Ro 08 Pymt 1595 | ^1595 | | 206.40 | |
| 12/13 | Check | 1596 | | 6.26 | 981.59 |
| 12/14 | Check | 1599 | | 300.00 | |
| 12/14 | Check | 1601 | | 110.50 | |
| 12/14 | Check | 1607 | | 108.50 | |
| 12/14 | Check | 1602 | | 93.64 | |
| 12/14 | Check | 1600 | | 29.82 | 339.13 |
| 12/15 | Deposit | | 500.00 | | 839.13 |
| 12/16 | Check | 1605 | | 195.30 | |
| 12/16 | Check | 1606 | | 176.89 | |
| 12/16 | Check | 1588 | | 147.99 | |
| 12/16 | Check | 1590 | | 77.78 | |
| 12/16 | Check | 1589 | | 56.95 | |
| 12/16 | Check | 1591 | | 55.24 | |
| 12/16 | Check | 1603 | | 30.28 | 98.70 |
| 12/17 | ATM Withdrawal - 12/17 Mach ID 0839J Mariners Newport Beach CA 2244 0009159 | | | 80.00 | 18.70 |
| 12/20 | Deposit | | 500.00 | | |
| 12/20 | Online Transfer Ref #Ibe83Tydx8 From Business Checking Xxxxxx2807 On 12/18/10 | | 10.00 | | |
| 12/20 | Check Crd Purchase 12/19 Orange County Register 714-796-7000 CA 434256Xxxxxx2244 353040018386616 ?McC=5994 01 | | | 16.32 | |
| 12/20 | Oc Toll Road Road Tolls 101217 1453928 Carl*Reinhart | | | 55.00 | 457.38 |

233792



## PMA ® PRIME CHECKING ACCOUNT   (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 12/21 | Deposit | | 500.00 | | |
| 12/21 | POSPurchase - 12/21 Mach ID 000000 The Home Depot Lake Forest CA 2244 0030035556803939B  ?McC=5200 | | | 77.06 | |
| 12/21 | Check Crd Purchase 12/21 Orange County Register 714-796-7000 CA 434256Xxxxxx2244  355040014666331 ?McC=5994 01 | | | 10.93 | 869.39 |
| 12/22 | Online Transfer Ref #Ibe29Rkn26 to Complete Advantage(Rm) Xxxxxx5333 On 12/22/10 | | | 350.00 | 519.39 |
| 12/23 | Online Transfer Ref #Ibejs25Qsw From Business Checking Xxxxxx2807 On 12/23/10 | | 1,000.00 | | |
| 12/23 | Check Crd Purchase 12/21 Loopnet Inc 415-2434200 CA 434256Xxxxxx2244  357040009213284 ?McC=5969 01 | | | 109.95 | |
| 12/23 | ATM Withdrawal - 12/23 Mach ID 5876E Tustin Tustin CA2244 0003659 | | | 300.00 | |
| 12/23 | Check | 1609 | | 285.00 | 824.44 |
| 12/24 | ATM Withdrawal - 12/24 Mach ID 7222C 3325 E Chapman Ave Orange CA 2244 0004296 | | | 200.00 | |
| 12/24 | ATM Withdrawal - 12/24 Mach ID 9950I 8540 E Chapman Ave Orange CA 2244 0005474 | | | 100.00 | 524.44 |
| 12/27 | Online Transfer Ref #Ibejs2K5Dt From Business Checking Xxxxxx2807 On 12/27/10 | | 2,500.00 | | |
| 12/27 | POSPurchase - 12/25 Mach ID 000000 #06596 Albertso Irvine CA 2244 0030035979147356O  ?McC=5411 | | | 21.75 | |
| 12/27 | Check Crd Purchase 12/25 India Cook House Irvine CA 434256Xxxxxx2244  361040004920518  ?McC=5814 90 | | | 48.07 | |
| 12/27 | ATM Withdrawal - 12/26 Mach ID 9950I 8540 E Chapman Ave Orange CA 2244 0005550 | | | 300.00 | |
| 12/27 | POSPurchase - 12/26 Mach ID 000000 Stater Bros #16 Orange CA 2244 00580360805206550  ?McC=5411 | | | 66.88 | |
| 12/27 | ATM Withdrawal - 12/27 Mach ID 1315B East 17Th & Mabury Santa Ana CA 2244 0007850 | | | 300.00 | |
| 12/27 | POSPurchase - 12/27 Mach ID 000000 Trader Joe's# Tustin CA 2244 00380361860245288  ?McC=5411 | | | 36.97 | |
| 12/27 | Check | 1622 | | 252.32 | |
| 12/27 | Cox Comm - Org Check Pymt 122610 01613 | ^1613 | | 246.17 | |
| 12/27 | Check | 1619 | | 46.11 | 1,706.17 |
| 12/28 | Online Transfer Ref #Ibefvz5Y8D From Business Checking Xxxxxx2807 On 12/28/10 | | 2,500.00 | | |
| 12/28 | POSPurchase - 12/28 Mach ID 000000 USPS0537110253 Irvine CA 2244 00460362774289051  ?McC=9402 | | | 8.80 | |
| 12/28 | POSPurchase - 12/28 Mach ID 000000 Wholesome Choic Irvine CA 2244 00380362785866564  ?McC=5411 | | | 16.09 | |
| 12/28 | POSPurchase - 12/28 Mach ID 000000 Staples, Inc. Santa Ana CA 2244 00380362814606158  ?McC=5943 | | | 15.31 | |
| 12/28 | POSPurchase - 12/28 Mach ID 000000 Stater Bros #16 Orange CA 2244 00460362824928762  ?McC=5411 | | | 23.63 | |
| 12/28 | ATM Withdrawal - 12/28 Mach ID 7222D 3325 E Chapman Ave Orange CA 2244 0009667 | | | 300.00 | |
| 12/28 | Check | 1620 | | 650.00 | |
| 12/28 | Check | 1623 | | 464.42 | |
| 12/28 | State Farm Ro 08 Pymt 1615 | ^1615 | | 124.75 | |
| 12/28 | Hartford Fire IN Checkpymt 101228 01611 00000000000013068173 | ^1611 | | 81.32 | |
| 12/28 | Check | 1592 | | 77.76 | |
| 12/28 | Check | 1593 | | 55.23 | |
| 12/28 | Check | 1604 | | 25.43 | 2,363.43 |
| 12/29 | Check Crd Purchase 12/28 CA Dept of Real Estate Sacramento CA 434256Xxxxxx2244  363040012712265 ?McC=5999 01 | | | 450.00 | |
| 12/29 | POSPurchase - 12/29 Mach ID 000000 USPS0569360111 Santa Ana CA 2244 00300364014624611  ?McC=9402 | | | 6.10 | |
| 12/29 | Check | 1616 | | 306.25 | |
| 12/29 | Check | 1618 | | 50.00 | |
| 12/29 | Check | 1612 | | 40.00 | |
| 12/29 | Check | 1617 | | 37.50 | |
| 12/29 | Socalgas Arc Pymt 101228 1614 153110980070412 | ^1614 | | 19.76 | 1,453.82 |
| 12/30 | POSPurchase - 12/30 Mach ID 000000 Stater Bros #16 Orange CA 2244 00460364752811505  ?McC=5411 | | | 51.07 | |



## PMA ® PRIME CHECKING ACCOUNT   (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 12/30 | Socalgas Arc Pymt 101229 1621 153110980070481 | ^1621 | | 17.13 | 1,385.62 |
| 12/31 | Online Transfer Ref #Ibe56V76Sv From Business Checking Xxxxxx2807 On 12/31/10 | | 1,000.00 | | |
| 12/31 | Check Crd Purchase 12/29 Hitch N Post Orange CA 434256Xxxxxx2244 365040007955820 ?McC=5995 90 | | | 43.49 | |
| 12/31 | POSPurchase - 12/30 Mach ID 000000 Woodward's Ace Orange CA 2244 00580365057031631 ?McC=5251 | | | 20.61 | |
| 12/31 | Check Crd Purchase 12/30 Syx*Tigerdirect.Com 800-888-4437 FL 434256Xxxxxx2244 365040003996872 ?McC=5045 01 | | | 585.12 | |
| 12/31 | ATM Withdrawal - 12/31 Mach ID 7222D 3325 E Chapman Ave Orange CA 2244 0000363 | | | 300.00 | |
| 12/31 | POSPurchase - 12/31 Mach ID 000000 Smart & Final C Orange CA 2244 00301001013376687 ?McC=5411 | | | 167.60 | |
| 12/31 | Check | 1633 | | 231.10 | |
| 12/31 | Interest Payment | | 0.03 | | 1,037.73 |
| **Ending balance on 12/31** | | | | | **1,037.73** |
| **Totals** | | | **$10,280.03** | **$10,040.80** | |

Key to symbols:  ^ *Converted check: Paper check converted to an electronic format by your payee or designated representative.*
*Converted checks cannot be returned, copied or imaged.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1582 | 12/1 | 124.75 | 1597 | 12/9 | 81.32 | 1612 | 12/29 | 40.00 |
| 1583 | 12/2 | 245.61 | 1598 | 12/9 | 442.30 | 1613 | 12/27 | 246.17 |
| 1585 * | 12/1 | 165.14 | 1599 | 12/14 | 300.00 | 1614 | 12/29 | 19.76 |
| 1586 | 12/2 | 17.57 | 1600 | 12/14 | 29.82 | 1615 | 12/28 | 124.75 |
| 1587 | 12/1 | 231.10 | 1601 | 12/14 | 110.50 | 1616 | 12/29 | 306.25 |
| 1588 | 12/16 | 147.99 | 1602 | 12/14 | 93.64 | 1617 | 12/29 | 37.50 |
| 1589 | 12/16 | 56.95 | 1603 | 12/16 | 30.28 | 1618 | 12/29 | 50.00 |
| 1590 | 12/16 | 77.78 | 1604 | 12/28 | 25.43 | 1619 | 12/27 | 46.11 |
| 1591 | 12/16 | 55.24 | 1605 | 12/16 | 195.30 | 1620 | 12/28 | 650.00 |
| 1592 | 12/28 | 77.76 | 1606 | 12/16 | 176.89 | 1621 | 12/30 | 17.13 |
| 1593 | 12/28 | 55.23 | 1607 | 12/14 | 108.50 | 1622 | 12/27 | 252.32 |
| 1595 * | 12/13 | 206.40 | 1609 * | 12/23 | 285.00 | 1623 | 12/28 | 464.42 |
| 1596 | 12/13 | 6.26 | 1611 * | 12/28 | 81.32 | 1633 * | 12/31 | 231.10 |

* Gap in check sequence.

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $35.00 | $420.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.



**WELLS FARGO**

## PMA ® PRIME CHECKING ACCOUNT    (CONTINUED)

PLEASE READ THE FOLLOWING DIRECT DEPOSIT ADVANCE CHANGE IN TERMS NOTICE REGARDING CREDIT LIMIT DECREASE BASED ON CONTINUOUS USAGE:

Effective February 19, 2011 the number of consecutive statement periods in which you will be permitted to make advances up to your standard credit limit will be lowered from 12 to 6.

The following section replaces in its entirety the section in the Direct Deposit Advance Service Agreement and Product Guide titled "Credit Limit Decrease based on Continuous Usage" - all other terms of the Service Agreement remain the same:

Because the Direct Deposit Advance service is intended to meet your short-term credit needs, you will not be permitted to make advances for more than 6 consecutive statement periods up to your standard credit limit. If you do take advances for 6 consecutive statement periods, the following statement period your credit limit will be reduced by $100. If you continue to take advances, your credit limit will continue to decrease by $100 each statement period until it equals $0. The credit limit will remain at $0 for one statement period during which time you will not be able to make any advances. Thereafter, your credit limit will be restored to an amount calculated in accordance with the section entitled "Credit Limit". If you do take a break during any 6 consecutive statement periods by not taking an advance for one statement period, your credit limit will remain at its regularly calculated amount.

Please note that information provided in the Product Guide and Frequently Asked Questions that accompany the Service Agreement should also be read to decrease from 12 to 6 the number of consecutive statement periods in which you will be permitted to make advances up to the standard credit limit.

Need help ending the year on budget?

As the year winds down, manage your bills, spending and budgeting by using My Spending Report with Budget Watch, My Savings Plan (requires a Wells Fargo savings account), and other free online tools from Wells Fargo Online including Account Alerts, Online Statements, Mobile and Text Banking*. You can also download an App for your mobile device at wf.com.

Sign up or sign on today! Visit wellsfargo.com or wellsfargo.com/biz, or wf.com - optimized for your mobile device.

*Your mobile carrier's text messaging and Web access charges may apply.

233795



# Complete Advantage ® Checking

## Activity summary

| | |
|---|---|
| Balance on 12/1 | 50,615.64 |
| Deposits/Additions | 3,601.95 |
| Withdrawals/Subtractions | - 992.67 |
| **Balance on 12/31** | **$53,224.92** |

Account number: **2578517134**

**CARL H REINHART**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-16774 (CCA)**
**CASH COLLATERAL ACCOUNT**

Wells Fargo Bank, N.A., California (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $2.13 |
| Average collected balance this month | $50,267.11 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $18.21 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 12/1** | | | | **50,615.64** |
| 12/2 | Check | 2157 | | 606.67 | 50,008.97 |
| 12/14 | Check | 2158 | | 386.00 | 49,622.97 |
| 12/23 | Deposit | | 1,343.00 | | 50,965.97 |
| 12/31 | Online Transfer Ref #Ibeql66Wpc From Business Checking Xxxxxx2807 On 12/31/10 | | 2,256.82 | | |
| 12/31 | Interest Payment | | 2.13 | | 53,224.92 |
| | **Ending balance on 12/31** | | | | **53,224.92** |
| **Totals** | | | **$3,601.95** | **$992.67** | |

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|
| 2157 | 12/2 | 606.67 | 2158 | 12/14 | 386.00 |



# Complete Advantage ® Checking

## Activity summary

| | |
|---|---|
| Balance on 12/1 | 6.02 |
| Deposits/Additions | 575.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 12/31** | **$581.03** |

Account number: **3980625333**

**CARL H REINHART**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-16774 (CCA)**

Wells Fargo Bank, N.A., California   (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $206.02 |
| Annual percentage yield earned | 0.06% |
| Interest paid this year | $0.19 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 12/1** | | | | **6.02** |
| 12/20 | Deposit | | 225.00 | | 231.02 |
| 12/22 | Online Transfer Ref #Ibe29Rkn26 From Checking Xxxxxx7126 On 12/22/10 | | 350.00 | | 581.02 |
| 12/31 | Interest Payment | | 0.01 | | 581.03 |
| | **Ending balance on 12/31** | | | | **581.03** |
| **Totals** | | | **$575.01** | **$0.00** | |



# Complete  Advantage ® Checking

**Activity    summary**

| | |
|---|---:|
| Balance on 12/1 | 200.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 12/31** | **$200.00** |

Account number: **3980625382**

**CARL H REINHART**
**DEBTOR IN POSSESSION**
**CH 11 CASE 09-16774  (CCA)**

Wells Fargo Bank, N.A., California   (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

**Interest    you've    earned**

| | |
|---|---:|
| Interest paid on 12/31 | $0.00 |
| Average collected  balance this month | $200.00 |
| Annual percentage  yield  earned | 0.00% |
| Interest paid this year | $0.00 |

233798

**WELLS FARGO**

# Home Mortgage

**Property    address**

19312 Fisher Ln
Santa Ana, CA 92705

Account number: **708-0030844302**

**CARL H REINHART**

Wells Fargo Home Mortgage

**Loan  summary**

| | |
|---|---|
| Original date of mortgage | 3/21/97 |
| Interest rate | 3.875% |
| Unpaid principal balance* as of 12/31 | $302,675.18 |
| Current monthly payment | $3,376.35 |
| Escrow balance | $0.00 |
| Interest paid year-to-date | $0.00 |
| Taxes paid year-to-date | $8,809.13 |

*Contact Customer Service for your payoff balance.*

■ This is a summary  statement  of your Home Mortgage  account.  You will continue  to receive a complete  periodic  statement.

233799

**WELLS FARGO**

## Worksheet to balance your checking account

**1.** Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

**2.** Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

**3.** Balance your account by filling in the spaces below.

☞ ENTER
**A** The ending balance shown on your statement                $ _____

☞ ADD
**B** Any deposits listed in your register or transfers into your account which are not shown on your statement
$ _____
$ _____
$ _____
$ _____ → $ _____

☞ CALCULATE SUBTOTAL
(Add parts **A** and **B** )               $ _____

☞ SUBTRACT
**C** Total of outstanding checks and withdrawals from the chart at right                - $ _____

☞ CALCULATE
ENDING BALANCE
(Part **A** + Part **B** - Part **C** )
This amount should be the same as the current balance shown in your check register.                $ _____

| Items outstanding | |
| Check number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | **$** |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, **please report any differences to us as soon as possible but no later than within 30 days.** Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, 735 West Wisconsin Avenue, Milwaukee, WI 53201-2057 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and loan products, including PMA Package, offered by Wells Fargo Bank, N.A., Member FDIC.

©2007 Wells Fargo Bank, N.A. All rights reserved.



233800