**R. GIBSON PAGTER, JR.**
California State Bar No. 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile:  (714) 541-6897
Email:   gibson@pagterandmiller.com

Attorneys for CARL H. REINHART
Debtor and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re: | ) Case No.  8:09-bk-16774 TA |
|---|---|
| | ) |
| | ) Chapter 11 |
| | ) |
| CARL H. REINHART, | ) DECLARATION OF R. GIBSON PAGTER, |
| | ) JR. IN SUPPORT OF ENTRY OF ORDER |
| | ) APPROVING STIPULATION BETWEEN |
| | ) DEBTOR AND CCRC FARMS, LLC |
| | ) |
| Debtor and | ) [NO HEARING REQUIRED] |
| Debtor-in-Possession. | ) |

I, R. Gibson Pagter, Jr., declare:

1.     I am a shareholder of Pagter and Miller, proposed attorneys of record for Carl H. Reinhart, Debtor and Debtor-in-Possession ("Debtor") in the above-entitled matter.  The facts contained herein are true and correct and of my personal knowledge.

2.     On 3/23/11 I filed and served a NOTICE OF MOTION AND MOTION FOR ORDER APPROVING STIPULATION BETWEEN DEBTOR AND CCRC FARMS, LLC REGARDING ORIGINAL SECOND AMENDED DISCLOSURE STATEMENT ("Motion").  A true and correct copy of the Motion is attached hereto as Exhibit 1.

-1-

d-g-s-ccrc

3.  The Notice advised creditors and interested parties that opposition to the Application and a request for hearing was required to be filed within 14 days from the service of the Notice.

5.  More than 47 days have passed since I served the Motion and, as of the time I am signing this Declaration, I have received no opposition or request for hearing, and likewise seen no e-filed Opposition.

I declare under penalty of perjury under the laws of the U.S. of America that the foregoing is true and correct. Executed on 5/9/11 at Santa Ana, California.

_____
R. GIBSON PAGTER, JR.

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

d-g-s-ccrc

-2-

| In re: CARL H. REINHART, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-16774 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA 92701**

A true and correct copy of the foregoing document **DECLARATION OF R. GIBOSN PAGTER, JR., IN SUPPORT OF ENTRY OF ORDER APPROVING STIPULATION BETWEEN DEBTOR AND CCRC FARMS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/9/11** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Christine M Fitzgerald:** cfitzgerald@scckg.com
- **Nancy S Goldenberg:** nancy.goldenberg@usdoj.gov
- **United States Trustee (SA):** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/9/11 | IMELDA BYNOG | /s/ *Imelda Bynog* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Pagter and Miller
525 N Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701
(714) 541-6072

-3-

d-g-s-ccrc