**R. GIBSON PAGTER, JR.**
California State Bar No. 116450
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: gibson@pagterandmiller.com

Attorneys for Debtor and Debtor-in-Possession
CARL H. REINHART

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:09-bk-16774-TA |
| CARL H. REINHART, | Chapter 11 |
| | NOTICE TO CORRECT DATE OF HEARING ON SUPPLEMENTAL OPPOSITION BY DEBTOR TO MOTION FOR CONVERSION OR DISMISSAL; DECLARATION OF CARL REINHART AND R. GIBSON PAGTER, JR. |
| | DATE: May 11, 2011 |
| Debtor and Debtor-in-Possession. | TIME: 10:00 a.m. |
| | CRTRM: 5B |

TO THE UNITED STATES BANKRUPTCY COURT AND ALL PARTIES IN INTEREST HEREIN:

**PLEASE TAKE NOTICE** that the Supplemental Opposition by Debtor to Motion for Conversion or Dismissal filed on May 5, 2011 and assigned docket number 160 should reflect the correct hearing date of May 11, 2011.

Date: May 9, 2011

PAGTER AND MILLER

By: /s/ R. Gibson Pagter, Jr.
**R. GIBSON PAGTER, JR.,**
Attorneys for Carl H. Reinhart

-1-

N-CorrectDate-Supp-Opp

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

| In re: CARL H. REINHART, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-16774 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA 92701**

A true and correct copy of the foregoing document **NOTICE TO CORRECT DATE OF HEARING ON SUPPLEMENTAL OPPOSITION BY DEBTOR TO MOTION FOR CONVERSION OR DISMISSAL; DECLARATION OF CARL REINHART AND R. GIBSON PAGTER, JR.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/9/11** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **5/9/11** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Hon. Theodor Albert - Courtesy Copy – 411 W. Fourth Street, Room 5097, Santa Ana, CA 92701**
**(Via Personal Delivery by O.C. Corporate Courier)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/9/11 | IMELDA BYNOG | /s/ *Imelda Bynog* |
|---|---|---|
| Date | Type Name | Signature |

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

N-CorrectDate-Supp-Opp

| In re: CARL H. REINHART, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:09-bk-16774 TA |

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Alan Steven Wolf:** wdk@wolffirm.com
- **Deborah Conley:** bkmail@prommis.com
- **Christine M Fitzgerald:** cfitzgerald@scckg.com
- **Nancy S Goldenberg:** nancy.goldenberg@usdoj.gov
- **Christopher M McDermott:** ecfcacb@piteduncan.com
- **John D Schlotter:** ecfmail@aclawllp.com
- **Patrick T Sullivan:** patricksullivan@lambertrogers.com
- **David A Tilem:** davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- **Linh K Tran:** bline.chapter13@blinellc.com
- **United States Trustee (SA):** ustpregion16.sa.ecf@usdoj.gov
- **Alan Steven Wolf:** wdk@wolffirm.com

## TO BE SERVED VIA EMAIL

**Stephen F. Lambert** - slambert@lambertrogers.com
**Jim T. Tice** - Jim.T.Tice@gmail.com

Pagter and Miller
525 N Cabrillo
Park Drive
Suite 104
Santa Ana, CA
92701
(714) 541-6072

N-CorrectDate-Supp-Opp

-3-