1  BARRY R. GORE, ESQ. SBN 143278
   SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
2  A Professional Law Corporation
   3424 Carson Street, Suite 350
3  Torrance, California 90503
   (310) 542-0111 Telephone
4  (310) 214-7254 Facsimile

5  Attorneys for Secured Creditor CCRC Farms,
   LLC

6

7

8                   UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          SANTA ANA DIVISION

11 | In re:                          | Case No. 8:09-bk-16774 TA
12 |                                 | Chapter 11
13 | CARL H. REINHART,               |
14 |                                 | PROOF OF SERVICE RE:
15 |                                 | NOTICE OF MOTION AND MOTION FOR
   |                                 | ORDER APPROVING STIPULATION
16 |                                 | BETWEEN DEBTOR AND CCRC FARMS, LLC
   |                                 | REGARDING ORIGINAL SECOND AMENDED
17 |                                 | DISCLOSURE STATEMENT
18 |   Debtor and Debtor in Possession. | (NO HEARING SET)
19

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

PROOF OF SERVICE

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson St., Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described as **PROOF OF SERVICE RE: NOTICE OF MOTION AND MOTION FOR ORDER APPROVING STIPULATION BETWEEN DEBTOR AND CCRC FARMS, LLC REGARDING ORIGINAL SECOND AMENDED DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 29, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 29, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2011 | Brenda L. Campos | _/s/ Brenda L. Campos_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

**SECTION I**

**SERVED VIA NEF BY THE COURT**

**Office of the US Trustee**
Unites States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Nancy S. Goldenberg
Nancy.goldenberg@usdoj.gov

**Chapter 7 Trustee**
Thomas H. Casey
msalustro@tomcaseylaw.com; tcasey@ecf.epiqsystems.com

**Attorney for Debtor**
R. G. Pagter
Gibson@pagterandmiller.com
pandm@pagterandmiller.com
pagterandmiller@yahoo.com

**Attorney for Commercial Bank of California**
Patrick T. Sullivan
patricksullivan@lambertrogers.com

**Attorney for Secured Creditor CCRC Farms, LLC**
Christine M Fitzgerald    cfitzgerald@scckg.com
Barry R. Gore    bgore@scckg.com

**Other Interested Parties**

- Evan C Borges    eborges@irell.com, bblythe@irell.com
- Deborah Conley    bkmail@prommis.com
- Daniel K Fujimoto    wdk@wolffirm.com
- Christopher M McDermott    ecfcacb@piteduncan.com
- John D Schlotter    ecfmail@aclawllp.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- Linh K Tran    bline.chapter13@blinellc.com
- Alan Steven Wolf    wdk@wolffirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                F 9013-3.1.PROOF.SERVICE

**SERVICE LIST CONTINUED**

**SECTION II**

**SERVED VIA US MAIL**

**Chapter 7 Trustee**
Thomas Casey
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688

**Request for Special Notice**
Stephen F Lambert
359 W Madison Ave Ste 100
El Cajon, CA 92020

Select Portfolio Servicing, Inc.
PO Box 65777
Salt Lake City, UT 84165

Jim T Tice
38 Sorrento
Irvine, CA 92614

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE