# United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

# ORDER FOR AND NOTICE TO CREDITORS TO FILE CLAIMS INCURRED AFTER THE COMMENCEMENT OF THE CHAPTER 11 PROCEEDINGS

**DEBTOR(S) INFORMATION:**
Carl Heinz Reinhart
**SSN:** xxx–xx–7055
**EIN:** N/A
aka Carl H Reinhart Jr

P O Box 4476
Irvine, CA 92616

**BANKRUPTCY NO.** 8:09–bk–16774–TA
**CHAPTER** 7

To the creditors set forth in the Final Report of Account and Schedule of Unpaid Debts filed pursuant to Bankruptcy Rule 1019, showing unpaid debts incurred after the commencement of the Chapter 11 proceedings:

**IT IS HEREBY ORDERED** that all claims which were incurred after the commencement of the Chapter 11 proceedings be filed **within 90 days** from the date of this Order, in the office of the clerk:
**U. S. BANKRUPTCY COURT
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701–4593**

Said claims against the debtor shall be proved and filed in the form provided by Bankruptcy Rule 3001(a)(d), and marked "Cost of Administration".

A proof of claim form is on the reverse side of this notice.


Dated: August 12, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court


(Form orcc rev. 5/96) VAN–12                                                                                                              **191 / DAN**